KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**Winston & Strawn LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@winston.com
JONATHAN HUNG (*pro hac vice*)
johung@winston.com
**Winston & Strawn LLP**
2121 N. Pearl Street, Suite 900,
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC,<br><br>    Defendants. | **Case No. 3:25-cv-08133-RFL**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AS MODIFIED** |

Plaintiffs X.AI Corp. and X.AI LLC and Defendants OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo LLC, hereby, through their undersigned counsel, stipulate as follows:

Plaintiffs' current deadline to respond to Defendants' Motion to Dismiss (Dkt. 30) is October 16, 2025. Plaintiffs' current deadline to amend the complaint pursuant to FRCP 15(a)(1)(B) is October 23, 2025. Plaintiffs seek a short extension to synchronize these deadlines. This is the first extension requested by the Plaintiffs. This extension does not require resetting the hearing on Defendant's Motion to Dismiss, as all briefing would be completed by November 4, 14 days before the hearing on November 18.

IT IS THEREFORE STIPULATED AND AGREED, and the parties request the Court enter the below amendments to the schedule:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Plaintiffs' deadline to respond to Defendants' Motion to Dismiss (Dkt. 30) | October 16, 2025 | October 27, 2025 |
| Plaintiffs' deadline to amend its complaint under FRCP 15(a)(1)(B) | October 23, 2025 | October 27, 2025 |
| Defendants' deadline to file any reply brief in support of its Motion to Dismiss (Dkt. 30) | October 23, 2025 | November 4, 2025 |

| | | |
|---|---|---|
| 1 | Dated: October 14, 2025 | By: */s/ LeElle B. Slifer* |
| 2 | | KATHI VIDAL (State Bar No. 194971) |
| | | kvidal@winston.com |
| 3 | | MATTHEW R. MCCULLOUGH (State Bar No. 301330) |
| | | mrmccullough@winston.com |
| 4 | | CARSON SWOPE (State Bar No. 353352) |
| | | cswope@winston.com |
| 5 | | **Winston & Strawn LLP** |
| | | 255 Shoreline Drive, Suite 520 |
| 6 | | Redwood City, CA 94065 |
| | | Telephone: (650) 858-6500 |
| 7 | | Facsimile: (650) 858-6550 |

LEELLE B. SLIFER (*pro hac vice*)
lslifer@winston.com
JONATHAN HUNG (*pro hac vice*)
johung@winston.com
**Winston & Strawn LLP**
2121 N. Pearl Street, Suite 900,
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

By: */s/ Carolyn Hoecker Luedtke*
CAROLYN HOECKER LUEDTKE
Carolyn.Luedtke@mto.com
JONATHAN I. KRAVIS
Jonathan.Karvis@mto.com
DANE P. SHIKMAN
Dane.Shikman@mto.com
**Munger, Tolles & Olson LLP**
560 Mission Street
San Francisco, CA 94105
Telephone: (415) 512-4027
Facsimile: (415) 644-6927

Attorneys for Defendants OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC

## CONCURRENCE IN FILING

I hereby attest that I have obtained concurrence of the above noted signatories as indicated by the conformed signature (/s/) within this e-filed document.

Dated:  October 14, 2025         */s/ LeElle B. Slifer*
                                                    LEELLE B. SLIFER

2
**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**
**CASE NO. 3:25-CV-08133-RFL**

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.** The November 18, 2025 hearing is continued to December 9, 2025.

DATED:  October 15, 2025

_____
HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE