# EXHIBIT 4



# Termination Certification

This is to certify that I have complied with all the terms of X.AI LLC's ("xAI" or the "Company") Employee Confidential Information and Invention Assignment Agreement ("ECIIAA") signed by me, including the reporting of any inventions and original works of authorship conceived or made by me (solely or jointly with others) covered by that agreement.

I also certify that I have returned to the Company all Company documents (and all copies thereof) and other Company property in my possession or control, including but not limited to Company files, notes, drawings, records, plans, forecasts, reports, studies, analyses, proposals, agreements, financial information, research and development information, sales and marketing information, customer lists, prospect information, pipeline reports, sales reports, operational and personnel information, specifications, code, software, databases, computer-recorded information, tangible property and equipment (including, but not limited to, computers, mobile telephones, servers, credit cards, entry cards, identification badges and keys), and any materials of any kind which contain or embody any confidential or proprietary information of the Company (and all reproductions thereof in whole or in part). I represent that I have made a diligent search to locate any such documents, property and information. I agree that I have not and will not copy, delete, or alter any information contained upon my Company computer or Company equipment before I return it to the Company. In addition, if I have used any personal computer, server, or e-mail system to receive, store, review, prepare or transmit any Company information, including but not limited to, Confidential Information, I agree to provide Company with a computer-useable copy of all such Confidential Information and then permanently delete and expunge such Confidential Information from those systems; and I agree to provide Company access to my system as reasonably requested to verify that the necessary copying and/or deletion is completed.

I further agree that, in compliance with the ECIIAA, I will hold in confidence and will not disclose, use or publish any of the Company's Confidential Information. "Confidential Information" shall mean any and all confidential knowledge, data or information of the Company. By way of illustration but not limitation, Confidential Information includes (a) trade secrets, proprietary technology, inventions, mask works, ideas, processes, formulas, software in source or object code, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs and techniques, and any other work product of any nature and all Intellectual Property Rights (as defined in the ECIIAA) therein (collectively, "Inventions"), including all Company Inventions (as defined in the ECIIAA); (b) information regarding research, development, new products, marketing and selling, business plans, budgets and unpublished financial statements, licenses, prices and costs, margins, discounts, credit terms, pricing and billing policies, quoting procedures, methods of obtaining business, forecasts, future plans and

potential strategies, financial projections and business strategies, operational plans, financing and capital-raising plans, activities and agreements, internal services and operational manuals, methods of conducting Company business, suppliers and supplier information, and purchasing; (c) information regarding customers and potential customers of Company, including customer lists, names, representatives, their needs or desires with respect to the types of products or services offered by Company, proposals, bids, contracts and their contents and parties, the type and quantity of products and services provided or sought to be provided to customers and potential customers of Company and other non-public information relating to customers and potential customers; (d) information regarding any of Company's business partners and their services, including names, representatives, proposals, bids, contracts and their contents and parties, the type and quantity of products and services received by Company, and other non public information relating to business partners; (e) non- public information regarding other Company personnel, consultant lists, employee lists, compensation and employee and consultant skills that have not been disclosed by the individuals themselves; (f) information regarding stockholders, affiliates of stockholders and sponsors of Company; and (g) any other non-public information that a competitor of Company could use to Company's competitive disadvantage.

**READ, UNDERSTOOD AND AGREED**

Name (Print): Xuechen Li

Signature: *[signature]*

Date: August 1, 2025