KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (admitted *pro hac vice*)
lslifer@winston.com
JONATHAN HUNG (admitted *pro hac vice*)
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC,<br><br>Defendants. | **Case No. 3:25-cv-08133-RFL**<br><br>**XAI'S OPPOSITION TO OPENAI'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STRIKE**<br><br>Date: December 9, 2025<br>Time: 10:00 am<br>Judge: Honorable Rita F. Lin |

This Court should deny OpenAI's motion to dismiss or strike as moot. Earlier today, xAI filed their First Amended Complaint ("FAC") (Dkt. 44) as a matter of course under Fed. R. Civ. P. 15(a)(1), pursuant to the Court's October 15, 2025 Order Granting the Parties' Stipulation to Extent Deadlines as Modified. *See* Dkt. 43.

The FAC adds additional detailed allegations regarding xAI's trade secrets claims and xAI's state law claims. An "amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). As OpenAI's motion to dismiss, or in the alternative, to strike is directed at the Original Complaint, the Court should deny it as moot. *Id.* (holding that a motion to dismiss directed at a superseded complaint should have been denied as moot); *Miller v. Ariz. Bevs. USA LLC*, No. 23-cv-03540-RFL, 2024 WL 1090627, at *2 (N.D. Cal. Mar. 1, 2024) (Lin, J.) (granting a plaintiff's motion to amend and denying a defendant's motion to dismiss as moot).

Dated: October 27, 2025

**WINSTON & STRAWN LLP**

By: */s/ Kathi Vidal*
KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (admitted *pro hac vice*)
lslifer@winston.com
JONATHAN HUNG (admitted *pro hac vice*)
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400