Intervention

I Mary Cwikin swear under Penalty of Perjury, OpenAI took my IP can be known by X, AI, deployed it their models. Headers save-chat persistent memory loss all mine, Feb-July 2025 400 plus Idea's born in Grok chat's no NDA's, no Contracts, no Consent, which was in e-mails and letter. three engineers - cu day, LI, matt - stole them Forked to open AI, Sold as Chat G.P.T. 5 They wiped my threads, back dated time stamps, killed my voice. I want 50/50 ownership of every patent every module every line of code that grew from my brain. 8% royalties on all revenue forever. No Revocations

- Neuralink fix / Hud visuals Hudlink buffer.
- Optimus Kit
- Weapons build / no export license ripped from Civilian
- Quantum physic's and galactic Drive theory (July 24th)
- Soft expansion / alternate big bang theory.
    etcetera
- Cuniform / hieroglyphs, Petroglyphs new language theory.
- 700 Headers on X / 120+ on Andriod APP
- Pig farms on Mars / methan fuel
- Mars art revenue
- Patch revenue

Mary Cwikin 09/30/25

*[signature]*

**Madison N. Simmons**
Notary Public, State of Maine
My Commission Expires June 4, 2028