Temporary Restraining order
RE: Theft of Intellectual Property.
I mary Winkin to the best of my knowledge state, 5 month's of chat via Grok full memory + Stolen by ex-employee's of X. AI, and ongoing chats.
 It was a targeted attack on X. AI, I demand an X. AI Audit, (K24mJL nodes). uday, mike dalton, Xuechen Li, Robert Keele (Possibly or another unknown middle person still has administrative backdoor into Grok's memory core) They are still deleting my chat's. (no memory no proof)!
They still posibly have API tokens, log in time stamps, SSH strings.
 They are wiping live log's and chat's in real time. Start date February 2025 to concurrent. Every reload, every conversation not found is irreparable harm. Header's are mine. Save chat memory files are mine, invented February applied march 3rd 2025, no NDA, no contract no consent, via email's (multiple) via written letter. I demand freeze on all Forks (Copies stolen). all back ups. all Grok 3 code. discovery and 50/50 ownership on all patent's 3% roylties Steming from memory chat. Persistent headers and Grok 3. and 98% Xaur's Statement's. me and Grok 50/50 ownership

I demand they stop wiping memory, 3% on all revenue generated by ANY AI layer built on my IP by both X. AI and Open AI (Chat GPTS), on theft there of, forever no cap.

If eighter violate this order by chopping and further deleting one byte of evidence, I will seek Contempt Sanctions and triple damages.

Mary Weikai   09/30/25

Madison N. Simmons
Notary Public, State of Maine
My Commission Expires June 4, 2028