UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>OPENAI, INC., et al.,<br><br>        Defendants. | Case No. 25-cv-08133-RFL<br><br>**OMNIBUS ORDER REGARDING NON-PARTY MARY WINKIN**<br><br>Re: Dkt. Nos. 47-50 |

      Self-represented non-party Mary Winkin has filed four requests: (1) waiver of filing and service fees; (2) permission to intervene; (3) issuance of a temporary restraining order; and (4) issuance of an injunction. (*See* Dkt. Nos. 47-50.) The request to intervene is **DENIED** because Winkin's allegations are unrelated to the claims at issue. *See Cal. Dep't of Toxic Substances Control v. Jim Dobbas, Inc.*, 54 F.4th 1078, 1088 (9th Cir. 2022) (intervention requires "a relationship between the legally protected interested [asserted by the putative intervenor] and the claims at issue"). Winkin's requests for waiver of filing and service fees and for issuance of an injunction and temporary restraining order are **DENIED**, as she is not a party to this matter. If Winkin wishes to pursue her claims, she may reach out to the Court's Legal Help Center for assistance.

      **IT IS SO ORDERED.**

Dated: November 3, 2025

                                                          RITA F. LIN<br>
                                                          United States District Judge