1  CAROLYN HOECKER LUEDTKE (SBN. 207976)
   carolyn.luedtke@mto.com
2  DANE P. SHIKMAN (SBN. 313656)
   dane.shikman@mto.com
3  GABRIEL M. BRONSHTEYN (SBN. 338011)
   gabriel.bronshteyn@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, California 94105-3089
   Telephone:     (415) 512-4000
6  Facsimile:     (415) 512-4077

7  JONATHAN I. KRAVIS (admitted *pro hac vice*)
   jonathan.kravis@mto.com
8  MUNGER, TOLLES & OLSON LLP
   601 Massachusetts Avenue, NW, Suite 500E
9  Washington, D.C. 20001-5369
   Telephone:     (202) 220-1100
10 Facsimile:     (202) 220-2300

Attorneys for Defendants OpenAI, Inc., OpenAI
Global, LLC, and OpenAI OpCo, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC,<br><br>Defendants. | Case No. 3:25-cv-08133-RFL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND ESTABLISHING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS** |

## STIPULATION

Plaintiffs x.AI Corp and x.AI LLC and Defendants OpenAI Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC (collectively, the "Parties"), by and through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on September 24, 2025;

WHEREAS, on October 2, 2025, Defendants filed a motion to dismiss Plaintiffs' Complaint;

WHEREAS, on October 27, 2025, Plaintiffs filed and served a First Amended Complaint;

WHEREAS, on October 28, 2025, this Court terminated Defendants' motion to dismiss as moot in light of Plaintiff's amendment of the Complaint;

WHEREAS, Local Rule 6-1 permits the parties to "stipulate, in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint," if "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, Defendant proposed the next available hearing date of January 6, 2026 for their motion to dismiss to be heard;

WHEREAS, Plaintiff had a conflict with that date and asked for the hearing to be in February, to which Defendant agreed;

WHEREAS, given the proposed hearing date in February, the Parties have agreed to extend Defendants' time to answer or otherwise respond to the Complaint to December 30, 2025;

WHEREAS, recognizing that this Court's February hearing dates may be reserved by the time Defendants' anticipated motion will be filed in late December, the Parties jointly request that this Court reserve February 3, 2026, or the Court's first available date thereafter, as the hearing date for Defendants' anticipated motion to dismiss;

WHEREAS, the Parties do not request any modification to the standard briefing schedule for noticed motions under Local Rule 7-3—thus Plaintiffs' opposition will be due January 13, 2026 and Defendants' reply will be due January 20, 2026;

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Parties have previously stipulated to extend Plaintiffs' time to file a First Amended Complaint, but have not previously stipulated to or requested any extensions of time with respect to Defendants' anticipated motion to dismiss the First Amended Complaint;

NOW, THEREFORE, the Parties, by and through their counsel, and subject to the approval of the Court, hereby STIPULATE AND AGREE that:

(1) Defendants' deadline to answer or otherwise respond to the First Amended Complaint is extended December 30, 2025;

(2) Pursuant to Local Rule 7-3(a), Plaintiffs' deadline to file their opposition to Defendant's anticipated motion to dismiss is January 13, 2026;

(3) Pursuant to Local Rule 7-3(c), Defendant's deadline to file their reply in support of their anticipated motion to dismiss is January 20, 2026; and

(4) The Parties request that the hearing on Defendants' anticipated motion to dismiss should be scheduled for February 3, 2026, or the Court's first available date thereafter.

DATED: November 10, 2025            Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: /s/ Carolyn Hoecker Luedtke
    CAROLYN HOECKER LUEDTKE
*Attorneys for Defendants*

DATED: November 10, 2025

WINSTON & STRAWN LLP

By: /s/ LeElle B. Slifer
    LEELLE B. SLIFER
*Attorneys for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's contents and have authorized this filing.

By: */s/ Carolyn Hoecker Luedtke*
CAROLYN HOECKER LUEDTKE
*Attorneys for Defendants*

# [PROPOSED] ORDER

Upon presentation of the parties' stipulation and good cause shown, Defendants' deadline to answer or otherwise respond to the First Amended Complaint is extended to December 30, 2025; Plaintiffs' deadline to file their opposition to Defendants' anticipated motion to dismiss is January 13, 2026; Defendant's deadline to file their reply in support of their anticipated motion to dismiss is January 20, 2026.  The hearing on Defendants' anticipated motion to dismiss is scheduled for February 3, 2026.

IT IS SO ORDERED.

DATED: _____

_____
HON. RITA F. LIN