CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
DANE P. SHIKMAN (303656)
dane.shikman@mto.com
GABRIEL BRONSHTEYN (State Bar No. 338011)
gabriel.Bronshteyn@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

JONATHAN KRAVIS (*pro hac vice*)
jonathan.kravis@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:     (202) 220-1100
Facsimile:     (202) 220-2300

Attorneys for Defendants OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC<br><br>　　　　　Defendants. | Case No. 3:25-cv-08133-RFL<br><br>**DECLARATION OF CAROLYN HOECKER LUEDTKE IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO STAY DISCOVERY** |

**DECLARATION OF CAROLYN HOECKER LUEDTKE**

I, Carolyn Hoecker Luedtke, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am a partner at the law firm of Munger, Tolles & Olson LLP and counsel for Defendants OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC (collectively, "OpenAI"). I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. xAI filed its Complaint in this action on September 24, 2025. Dkt. No. 1. OpenAI filed its first motion to dismiss on October 2, 2025. Dkt. No. 30. In response to Defendants' first motion to dismiss, xAI amended its complaint on October 27, 2025. Dkt. No. 44. OpenAI plans to move to dismiss the First Amended Complaint, this time on December 30, 2025. The argument is set for February 3, 2026, a date set to accommodate xAI's schedule.

3. The parties conducted a Rule 26(f) conference on December 22, 2025, which I attended on behalf of OpenAI. I proposed that discovery be stayed pending resolution of the motion to dismiss and pleadings being finalized. Counsel for xAI disagreed and said discovery should be open as of December 22, 2025. I informed counsel for xAI that said OpenAI would file a motion to stay discovery promptly. Counsel for xAI agreed that the motion to stay could be set for the existing February 3 hearing date.

4. This Court is presiding over a separate litigation filed by xAI against Xuechen Li. *X.AI Corp. et al. v. Li*, No. 3:25-cv-07292-RFL (N.D. Cal. Aug. 28, 2025). There has been third party discovery in that litigation, and OpenAI has produced documents in response to the third party document subpoena served on it there.

5. There exists good cause to grant OpenAI's motion to stay discovery. If granted, the anticipated motion to dismiss would be dispositive of the entire case, and no discovery is needed to decide the motion to dismiss.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3
4  Executed on December 23, 2025, at San Mateo, California.
5
6  By: _____
7  CAROLYN HOECKER LUEDTKE