**EXHIBIT A**

xAI proposes the following schedule:

| EVENT | DEADLINE |
|---|---|
| Rule 26(a)(1)(1) Initial Disclosures | January 19, 2026 |
| Deadline to Amend Pleadings | March 15, 2026 |
| Deadline to Submit Joint Letter re ADR Scheduling | March 15, 2026 |
| Deadline to Notice Depositions | April 6, 2026 |
| Case Management Conference | April 9, 2026 |
| Close of Fact Discovery | May 6, 2026 |
| Opening Expert Disclosure | May 27, 2026 |
| Rebuttal Expert Disclosure | June 15, 2026 |
| Close of Expert Discovery | July 6, 2026 |
| Deadline to File Motions for Summary Judgment and *Daubert* Motions | July 20, 2026 |
| Deadline to File Oppositions to Summary Judgment and *Daubert* Motions | August 10, 2026 |
| Deadline to File Replies on Summary Judgement and *Daubert* Motions | August 24, 2026 |
| Summary Judgment and *Daubert* Hearing(s) | September 7, 2026 |
| Last Day for Meet and Confer re Joint Pretrial Statement | October 26, 2026 |
| Joint Pretrial Conference Statement and Pretrial Briefs Due | November 2, 2026 |
| Last Day for Objections to Trial Evidence or Witnesses | November 2, 2026 |
| Final Pretrial Conference | November 9, 2026 |
| Trial | December 7, 2026 |

OpenAI proposes the following schedule if the Court does not want to hold scheduling until after the motion to dismiss is decided:

| EVENT | DEADLINE |
|---|---|
| Rule 26(a)(1)(1) Initial Disclosures | January 19, 2026 |
| Hearing on Motion To Dismiss | February 3, 2026 |
| Deadline to Provide Disclosure of Trade Secrets At Issue | February 13, 2026 |
| Assumes Decision on Motion To Dismiss by February 13, 2026 | |
| Deadline to Amend Pleadings | February 25, 2026 |
| Deadline for Response to Second Amended Complaint | March 10, 2026 |
| Fact Discovery Opens (if no further motion to dismiss) | March 11, 2026 |
| Deadline to Submit Joint Letter re ADR Scheduling | March 15, 2026 |
| Deadline to Notice Depositions | August 14, 2026 |
| Case Management Conference | August 19, 2026 |
| Close of Fact Discovery | September 15, 2026 |
| Opening Expert Disclosure | October 13, 2026 |
| Rebuttal Expert Disclosure | November 10, 2026 |
| Close of Expert Discovery | December 21, 2026 |
| Deadline to File Motions for Summary Judgment and *Daubert* Motions | February 1, 2027 |
| Deadline to File Oppositions to Summary Judgment and *Daubert* Motions | February 22, 2027 |
| Deadline to File Replies on Summary Judgement and *Daubert* Motions | March 8, 2027 |
| Summary Judgment and *Daubert* Hearing(s) | March 22, 2027 |
| Last Day for Meet and Confer re Joint Pretrial Statement | June 11, 2027 |
| Joint Pretrial Conference Statement and Pretrial Briefs Due | June 18, 2027 |
| Last Day for Objections to Trial Evidence or Witnesses | June 18, 2027 |
| Final Pretrial Conference | June 24, 2027 |
| Trial | July 26, 2027 |