KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

*Attorneys for Plaintiffs X.AI CORP. and X.AI LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

X.AI CORP. and X.AI LLC,

Plaintiffs,

vs.

OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC,

Defendants.

**Case No. 3:25-cv-08133-RFL**

**DECLARATION OF LEELLE B. SLIFER IN SUPPORT OF XAI'S MOTION TO STAY CASE, OR, IN THE ALTERNATIVE, TO CONTINUE DEADLINE TO AMEND COMPLAINT**

Judge: Hon. Rita F. Lin
Date: April 7, 2026
Time: 10:00AM

I, LeElle B. Slifer, declare as follows:

1. I am a partner at the law firm of Winston & Strawn LLP and represent Plaintiff x.AI Corp. and x.AI LLC ("xAI") in this litigation, as well as in the related case *xAI v. Li*, Case No. 25-cv-07292 (N.D. Cal.). I am admitted to practice in the Northern District of California *pro hac vice*. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to that effect.

2. I make this declaration in support of xAI's Motion to Stay the Case. xAI respectfully requests that the Court stay all deadlines and proceedings in this case for six months to permit sufficient time for substantial progress in fact discovery in the ongoing related civil matters as well as further progress in the pending federal criminal investigation.

3. xAI served OpenAI with a third-party subpoena in the OpenAI case on September 18, 2025. OpenAI has refused to comply with many of xAI's discovery requests.

4. As part of the litigation against Li, xAI was entitled to identify certain files on Li's devices that it wished to review in person, with many confidentiality restrictions in place. That review was only completed this week. During that review, xAI identified new information that further confirmed that OpenAI knew or should have known that Li was disclosing xAI trade secrets to it prior to OpenAI offering Li employment. In light of this newly discovered information, OpenAI's prior refusal to respond to certain third-party discovery requests is plainly improper, and thus xAI intends to file a motion to compel to address OpenAI's deficiencies next week.

5. On February 25, 2026, I had a telephonic meet-and-confer with counsel for OpenAI to discuss whether OpenAI would agree to a brief stay in this case. OpenAI opposes that request.

6. During the telephonic meet-and-confer, I also asked counsel for OpenAI whether they would stipulate to an expedited briefing schedule on the Motion To Stay so that the Court has an opportunity to consider the Motion before the impending March 17 deadline to amend the complaint. OpenAI also opposes that request.

7. Attached as **Exhibit A** is a true and correct copy of the transcript from the February 3, 2026 hearing on OpenAI's Motion to Dismiss.

8. Attached as **Exhibit B** is a true and correct copy of Non-Party OpenAI's Amended Responses and Objections to Plaintiff x.AI Corp.'s Subpoena served on xAI in *xAI v. Li*, No. 25-cv-07292 (N.D. Cal.Nov. 21, 2025).

9. Attached as **Exhibit C** is a true and correct copy of Respondents' Opposition to Application for an Order Pursuant to 28 U.S.C. § 1782, *In re Application of x.AI LLC for Subpoena to OpenAI, Inc.*¸ No. 3:25-mc-80299 (N.D. Cal. Oct. 20, 2025), ECF No. 16.

10. Attached as **Exhibit D** is a true and correct copy of Order Denying Application Pursuant to 28 U.S.C. § 1782, *In re Application of x.AI LLC for Subpoena to OpenAI, Inc.*¸ No. 3:25-mc-80299 (N.D. Cal. Nov. 11, 2025), ECF No. 24.

11. Attached as **Exhibit E** is a true and correct copy of Defendant Xuechen Li's Identification of Fifth Amendment Issues Related to the TRO, *xAI v. Li*, No. 25-cv-07292 (N.D. Cal. Sep. 3, 2025), ECF No. 27.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: February 27, 2026

**WINSTON & STRAWN LLP**

By: <u>*/s/ LeElle B. Slifer*</u>
KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmcculough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC