1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC,<br><br>                    Defendants. | **Case No. 3:25-cv-08133-RFL**<br><br>**[PROPOSED] ORDER GRANTING XAI'S MOTION TO STAY CASE**<br><br>Judge: Hon. Rita F. Lin |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | On February 27, 2026, Plaintiffs ("xAI") filed a motion to stay the case. Having considered |
| 3 | the motion and supporting papers, the Court hereby orders that xAI's motion to stay all deadlines |
| 4 | and proceedings in this case for six months is **GRANTED**. |
| 6 | **IT IS SO ORDERED.** |
| 8 | Dated: _____ |
| 9 | HONORABLE RITA F. LIN<br>United States District Judge |

[PROPOSED] ORDER GRANTING XAI'S MOTION TO STAY CASE

CASE NO. 3:25-CV-08133-RFL