KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmcullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC,<br><br>　　　　　　Defendants. | **Case No. 3:25-cv-08133-RFL**<br><br>**XAI'S MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION TO STAY CASE**<br><br>Judge: Hon. Rita F. Lin |

Pursuant to Local Rule 6-3, Plaintiffs x.AI Corp. and x.AI LLC ("xAI") requests that the Court expedite the briefing schedule and consideration of xAI's Motion To Stay Case.

On February 24, 2026, the Court dismissed xAI's complaint with leave to amend by March 17, 2026. Within three days of receiving the Court's decision, in light of ongoing related proceedings that are likely to bear on the central issues in this case, xAI moved for a stay. ECF No. 74. Even though xAI moved as quickly as possible after receiving the Court's decision, the default briefing schedule still would not permit the Court to resolve the Motion To Stay in advance of xAI's March 17 deadline to amend the complaint. xAI thus respectfully requests that the Court consider its Motion To Stay on expedited basis so that it may be heard ahead of that deadline. To permit the Motion To Stay to be heard during the Court's typical Zoom civil hearing window on March 10, 2026, xAI proposes the following expedited briefing schedule:

**February 27, 2026:** xAI files Motion To Stay

**March 6, 2026:** OpenAI files Opposition To Motion To Stay

If the Court adopts this expedited timeline, xAI is willing to waive its reply.

In further support of this request, xAI provides the following information as described in Local Rule 6-3.

**Reasons for the requested shortening of time:** xAI requests expedited consideration of its Motion To Stay so that the Court has an opportunity to consider whether to grant xAI the requested stay before the impending March 17 deadline to amend the complaint. xAI filed its Motion To Stay as quickly as possible after receiving the Court's order on the Motion To Dismiss, but the default briefing schedule would not permit the Court to consider the Motion To Stay prior to the March 17 deadline.

**Efforts to obtain stipulation to the time change:** xAI reached out to OpenAI's counsel on February 25, 2026 to see whether OpenAI would agree to an expedited briefing schedule. OpenAI refused.

**Substantial prejudice would occur if the Court does not expedite consideration of this Motion:** For the reasons xAI explains in its Motion To Stay, xAI respectfully submits that a brief six-month stay of this case is appropriate in light of the ongoing related civil proceedings and pending federal criminal investigation. Given the impending March 17 deadline for xAI to amend the complaint,

1  expedited consideration of the Motion To Stay is necessary to provide the benefits of judicial economy
2  and avoid the potential prejudice to xAI that would result from denying or delaying the entry of a stay.

3  **Nature of the underlying dispute and summary of the position taken by each party.**  xAI
4  requests a six-month stay of all deadlines and proceedings in this case to permit sufficient time for
5  substantial progress in fact discovery in the ongoing related civil matters as well as substantial progress
6  in the pending federal criminal investigation.  As explained further in xAI's Motion To Stay, both judicial
7  economy and the balance of the relative hardships counsel strongly in favor of granting a brief stay in
8  this case.  OpenAI has indicated that they oppose a stay.

9  **Prior time modifications in the case.**  Pursuant to stipulations, the Court previously granted
10 extensions to xAI's deadline to respond to OpenAI's motion to dismiss the Complaint, or for xAI to
11 amend its Complaint (ECF No. 43), and an extension to OpenAI's deadline to respond to the Amended
12 Complaint (ECF No. 53).

13 **Effect of the requested time modification on the case schedule.**  Expedited consideration of
14 xAI's Motion To Stay would not impact any other deadlines in this case.  Of course, xAI's Motion To
15 Stay itself requests a six-month stay of the existing case deadlines.

| | |
|---|---|
| Dated: February 27, 2026 | **WINSTON & STRAWN LLP** |
| | By: */s/ LeElle B. Slifer* |
| | KATHI VIDAL (State Bar No. 194971) |
| | kvidal@winston.com |
| | MATTHEW R. MCCULLOUGH (State Bar No. 301330) |
| | mrmccullough@winston.com |
| | CARSON SWOPE (State Bar No. 353352) |
| | cswope@winston.com |
| | **WINSTON & STRAWN LLP** |
| | 255 Shoreline Drive, Suite 520 |
| | Redwood City, CA 94065 |
| | Telephone: (650) 858-6500 |
| | Facsimile: (650) 858-6550 |
| | |
| | LEELLE B. SLIFER (*pro hac vice*) |
| | lslifer@winston.com |
| | **WINSTON & STRAWN LLP** |
| | 2121 N. Pearl Street, Suite 900 |
| | Dallas, TX 75201 |
| | Telephone: (214) 453-6500 |
| | Facsimile: (214) 453-6400 |
| | |
| | Attorneys for Plaintiffs X.AI CORP. and X.AI LLC |