KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmcullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

*Attorneys for Plaintiffs X.AI CORP. and X.AI LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>                Plaintiffs,<br><br>       vs.<br><br>OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC,<br><br>                Defendants. | **Case No. 3:25-cv-08133-RFL**<br><br>**DECLARATION OF LEELLE B. SLIFER IN SUPPORT OF XAI'S MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION TO STAY CASE**<br><br>Judge: Hon. Rita F. Lin |

I, LeElle B. Slifer, declare as follows:

1. I am a partner at the law firm of Winston & Strawn LLP and represent Plaintiff x.AI Corp. and x.AI LLC ("xAI") in this litigation, as well as in the related case *xAI v. Li*, Case No. 25-cv-07292 (N.D. Cal.). I am admitted to practice in the Northern District of California *pro hac vice*. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to that effect.

2. I make this declaration in support of xAI's Motion for Expedited Consideration to Stay Case. xAI respectfully requests that the Court considers its Motion to Stay on an expedited basis so that it may be heard ahead of the March 17 deadline to amend the complaint.

3. On February 25, 2026, I had a telephonic meet-and-confer with counsel for OpenAI to discuss whether OpenAI would agree to an expedited briefing schedule before the impending deadline to amend the complaint. OpenAI opposes that request.

4. xAI requests expedited consideration of its Motion To Stay so that the Court has an opportunity to consider whether to grant xAI the requested stay before the impending March 17 deadline to amend the complaint.

5. Given the impending March 17 deadline for xAI to amend the complaint, expedited consideration of the Motion To Stay is necessary to provide the benefits of judicial economy and avoid the potential prejudice to xAI that would result from denying or delaying the entry of a stay.

6. As explained in xAI's Motion To Stay, the stay is necessary to allow sufficient time for substantial progress in the ongoing related civil matters as well as substantial progress in the pending federal criminal investigation. As explained further in xAI's Motion, both judicial economy and the balance of the relative hardships counsel strongly in favor of granting a brief stay in this case. OpenAI has indicated that they oppose a stay.

7. Expedited consideration of xAI's Motion To Stay would not impact any other deadlines in this case. xAI's Motion To Stay itself requests a six-month stay of the existing case deadlines.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: February 27, 2026

**WINSTON & STRAWN LLP**
By: */s/ LeElle B. Slifer*
KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC