# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC,<br><br>                    Defendants. | **Case No. 3:25-cv-08133-RFL**<br><br>**[PROPOSED] ORDER GRANTING XAI'S MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO STAY CASE**<br><br>Judge: Hon. Rita F. Lin |

# [PROPOSED] ORDER

On February 27, 2026, Plaintiffs ("xAI") filed a motion pursuant to Local Rule 6-3 seeking expedited consideration of its Motion To Stay that had been filed earlier the same day.  The Court hereby orders that xAI's motion for expedited consideration of its Motion To Stay is **GRANTED**.  The parties shall comply with the following expedited briefing schedule:

**February 27, 2026:**  xAI files Motion To Stay

**March 6, 2026:**  Defendants file Opposition To Motion To Stay

xAI has waived its reply.  Hearing on the Motion To Stay is set for March 10, 2026 at 1:30PM PT over Zoom.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE RITA F. LIN
United States District Judge

[PROPOSED] ORDER GRANTING XAI'S MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION TO STAY

CASE NO. 3:25-CV-08133-RFL