LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

MARK ZAMBARDA (SBN# 314808)
mzambarda@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (720) 535-2315
Facsimile: (720) 535-2400

*Attorneys for Plaintiffs X.AI CORP. and X.AI LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP. and X.AI LLC, | **Case No. 3:25-cv-08133-RFL** |
| Plaintiffs, | **PLAINTIFFS' CIVIL L.R. 7–11 ADMINISTRATIVE MOTION TO CONSIDER SEALING ANOTHER PARTY'S MATERIALS** |
| vs. | |
| OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f) of the United States District Court for the Northern District of California, Plaintiffs X.AI Corp. and X.AI LLC (collectively "Plaintiffs" or "xAI") file this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed relating to Plaintiffs' Second Amended Complaint.

xAI is filing portions of its Second Amended Complaint under seal to afford Defendants OpenAI, Inc., OpenAI Global, LLC, and OpenAI OPCO, LLC (collective "Defendants" or "OpenAI") the opportunity to defend their designations. In compliance with Civil Local Rule 79-5, xAI seeks to seal the following, which contains information identified as confidential by OpenAI:

| Document | Portion Sought To Be Sealed | Designating Party |
|---|---|---|
| xAI's Second Amended Complaint | Blue highlighted portions | OpenAI |

To the extent OpenAI files a statement and/or declaration in support of sealing the foregoing document or portions thereof, xAI reserves the right to respond. L.R. 79-5(f)(4).

Dated: March 17, 2026

**KING & SPALDING LLP**

By: */s/ LeElle B. Slifer*
LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

MARK ZAMBARDA (SBN# 314808)
mzambarda@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111

1

Telephone: (720) 535-2315
Facsimile: (720) 535-2400

ANGELA TARASI (p*ro hac vice forthcoming*)
atarasi@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2300
Facsimile: (720) 535-2400

LAUREN MYERS (*pro hac vice forthcoming)*
lmeyers@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

XAI'S CIVIL L.R. 7-11 ADMIN. MOTION TO CONSIDER WHETHER OPENAI'S MATERIAL SHOULD BE SEALED
CASE NO. 3:25-CV-08133-RFL