# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

X.AI CORP. and X.AI LLC,

      Plaintiffs,

    vs.

OPENAI, INC., OPENAI GLOBAL, LLC,
and OPENAI OPCO, LLC,

      Defendants.

**Case No. 3:25-cv-08133-RFL**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO CONSIDER WHETHER OPENAI'S MATERIALS SHOULD BE SEALED**

Pursuant to Civil Local Rules 7-11 and 79-5 of the United States District Court for the Northern District of California, the Court hereby GRANTS the Administrative Motion to Consider Whether OpenAI's Materials Should Be Sealed ("Administrative Motion to Seal") filed by Plaintiffs X.AI Corp. and X.AI LLC (collectively "Plaintiff" or "xAI"). Having considered xAI's Administrative Motion to Seal and the supporting documentation thereof, the Court hereby orders that the Administrative Motion to Seal is **GRANTED** and **ORDERS** the following documents to remain sealed:

| Document | Portion Sought To Be Sealed | Designating Party |
|---|---|---|
| xAI's Second Amended Complaint | Blue highlighted portions | OpenAI |

**IT IS SO ORDERED.**

Dated: _____

_____

Hon. Rita F. Lin
United States District Court Judge

[PROPOSED] ORDER GRANTING XAI'S CIVIL L.R. 7-11 ADMIN. MOTION TO CONSIDER WHETHER OPENAI'S MATERIAL SHOULD BE SEALED
CASE NO. 3:25-CV-08133-RFL