UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP., et al., | Case No.  25-cv-08133-RFL |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| OPENAI, INC., et al., | |
| Defendants. | |

Pursuant to the Court's order granting motion to dismiss without leave to amend (Dkt. No. 110), judgment in entered in favor of Defendants and against Plaintiffs.  The Clerk shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 15, 2026

_____
RITA F. LIN
United States District Judge

1