CAROLYN HOECKER LUEDTKE (SBN 207976)
carolyn.luedtke@mto.com
DANE P. SHIKMAN (SBN 313656)
dane.shikman@mto.com
GABRIEL M. BRONSHTEYN (SBN 338011)
gabriel.bronshteyn@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-3089
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

JOSEPH N. GLYNN (SBN 337652)
joseph.glynn@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants OpenAI, Inc., OpenAI
Global, LLC, and OpenAI OpCo, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| X.AI CORP. and X.AI LLC, | Case No. 3:25-cv-08133-RFL |
|---|---|
| Plaintiffs, | **DECLARATION OF CAROLYN HOECKER LUEDTKE IN SUPPORT OF JOINT STIPULATION TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR ATTORNEY'S FEES** |
| vs. | |
| OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC | |
| Defendants. | |

Case No. 3:25-cv-08133-RFL

DECLARATION OF CAROLYN HOECKER LUEDTKE

## DECLARATION OF CAROLYN HOECKER LUEDTKE

I, Carolyn Hoecker Luedtke, hereby declare:

1. I am admitted to practice before this Court. I am a partner at the law firm of Munger, Tolles & Olson LLP and counsel for Defendants OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. On June 15, 2026, the Court granted Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint ("SAC") without leave to amend and entered Judgment in favor of Defendants.

3. Defendants' current deadline to file a motion for attorney's fees under Federal Rule of Civil Procedure 54(d)(2) and Civil Local Rule 54-5 is June 29, 2026.

4. Defendants have not previously requested an extension of time to file their motion for attorney's fees.

5. On October 15, 2025, pursuant to the parties' stipulation, the Court extended the deadline (1) for Plaintiffs to respond to Defendants' Motion to Dismiss the Complaint, (2) for Defendants to file any reply in support of their Motion to Dismiss, and (3) for Plaintiffs to amend their Complaint under Federal Rule of Civil Procedure 15(a)(1)(B). *See* Dkt. No. 43.

6. On November 12, 2025, pursuant to the parties' stipulation, the Court extended Defendants' deadline to respond to Plaintiffs' First Amended Complaint and established a briefing schedule and hearing date for Defendants' motion to dismiss Plaintiffs' First Amended Complaint. *See* Dkt. No. 53.

7. The parties have agreed to extend the time for Defendants to file their motion for attorney's fees and to adopt the following briefing schedule: Defendants' motion for attorney's fees shall be filed no later than July 13, 2026; Plaintiffs' opposition to Defendants' motion for attorney's fees shall be filed no later than August 10, 2026; Defendants' reply shall be filed no later than August 20, 2026.

8.    The foregoing time modifications will significantly aid the Court by affording the parties adequate time to meet and confer and to prepare briefs and supporting papers addressing the issues raised by Defendants' motion for attorney's fees.

9.    Under the Local Rules and this Court's Civil Standing Order, the earliest date the Court could hear Defendants' motion for attorney's fees under the requested briefing schedule is September 8, 2026.

10.    The requested extension will not have any effect on the schedule for this case other than postponing the earliest date on which the motion for attorney's fees can be heard.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 24, 2026, at San Mateo, California.


By:    _s/ Carolyn Hoecker Luedtke_
       CAROLYN HOECKER LUEDTKE

DECLARATION OF CAROLYN HOECKER LUEDTKE