CAROLYN HOECKER LUEDTKE (SBN 207976)
carolyn.luedtke@mto.com
DANE P. SHIKMAN (SBN 313656)
dane.shikman@mto.com
GABRIEL M. BRONSHTEYN (SBN 338011)
gabriel.bronshteyn@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-3089
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

JOSEPH N. GLYNN (SBN 337652)
joseph.glynn@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendants OpenAI, Inc., OpenAI
Global, LLC, and OpenAI OpCo, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI CORP. and X.AI LLC, | Case No. 3:25-cv-08133-RFL |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR ATTORNEY'S FEES** |
| vs. | |
| OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC, | |
| Defendants. | |

Case No. 3:25-cv-08133-RFL

Pursuant to Civil Local Rule 6-2 and 54-5, Plaintiffs X.AI Corp. and X.AI LLC and Defendants OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC, through their undersigned counsel, hereby stipulate and request as follows:

WHEREAS, on June 15, 2026, the Court granted Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint ("SAC") without leave to amend and entered Judgment in favor of Defendants;

WHEREAS, Civil Local Rule 54-5 provides that the deadline to file a motion for attorney's fees is 14 days after entry of judgment "unless otherwise ordered by the Court after a stipulation to enlarge time under Civil L.R. 6-2 or a motion under Civil L.R. 6-3."

WHEREAS, Defendants' current deadline to file a motion for attorney's fees under Federal Rule of Civil Procedure 54(d)(2) and Civil Local Rule 54-5 is June 29, 2026;

WHEREAS, Defendants have not previously requested an extension of time to file their motion for attorney's fees;

WHEREAS, on October 15, 2025, pursuant to the parties' stipulation, the Court extended the deadlines (1) for Plaintiffs to respond to Defendants' Motion to Dismiss the Complaint, (2) for Defendants to file any reply in support of their Motion to Dismiss, and (3) for Plaintiffs to amend their Complaint under Federal Rule of Civil Procedure 15(a)(1)(B) (Dkt. No. 43);

WHEREAS, on November 12, 2025, pursuant to the parties' stipulation, the Court extended Defendants' deadline to respond to Plaintiffs' First Amended Complaint and established a briefing schedule and hearing date for Defendants' motion to dismiss Plaintiffs' First Amended Complaint (Dkt. No. 53);

WHEREAS, Plaintiffs and Defendants agree that an extension of the time for the parties to file their briefs on Defendants' motion for attorney's fees under the briefing schedule set forth below will significantly aid the Court by affording the parties adequate time to meet and confer and to prepare briefs and supporting papers addressing the issues raised by Defendants' motion;

WHEREAS, under the Local Rules and this Court's Civil Standing Order, the earliest date the Court could hear Defendants' motion for attorney's fees if the Court adopts the parties' requested briefing schedule is September 8, 2026;

-1-                                                          Case No. 3:25-cv-08133-RFL

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND SET BRIEFING
SCHEDULE FOR DEFENDANTS' MOTION FOR ATTORNEY'S FEES

WHEREAS, the requested extension will not have any effect on the schedule for this case other than postponing the earliest date on which the motion for attorney's fees can be heard;

NOW, THEREFORE, Plaintiffs and Defendants, through their counsel, HEREBY STIPULATE AND REQUEST that this Court order as follows:

1.     Defendants' motion for attorney's fees shall be filed no later than July 13, 2026.

2.     Plaintiffs' opposition to Defendants' motion for attorney's fees shall be filed no later than August 10, 2026.

3.     Defendants' reply shall be filed no later than August 20, 2026.

DATED:  June 24, 2026          MUNGER, TOLLES & OLSON LLP


By:     _s/ Carolyn Hoecker Luedtke_
          CAROLYN HOECKER LUEDTKE
          *Attorneys for Defendants*

DATED:  June 24, 2026          KING & SPALDING LLP


By:     _s/ LeElle B. Slifer_
          LEELLE B. SLIFER
          *Attorneys for Plaintiffs*


## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's contents and have authorized this filing.


By:     _s/ Carolyn Hoecker Luedtke_
          CAROLYN HOECKER LUEDTKE
          *Attorneys for Defendants*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR ATTORNEY'S FEES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 25, 2026

_____
HON. RITA F. LIN

Case No. 3:25-cv-08133-RFL

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND SET BRIEFING
SCHEDULE FOR DEFENDANTS' MOTION FOR ATTORNEY'S FEES