# Exhibit 1

1450 Page Mill Road
Palo Alto, CA 94304

August 29, 2025

Ethan Knight
Via email (█████████████████)

Re: <u>xAI Trade Secrets and Confidential Information</u>

Dear Ethan,

I am the Head of Legal Affairs at X.AI LLC ("xAI" or "we") and am writing because we are concerned about your use of xAI's proprietary information, including at OpenAI, xAI's direct competitor. xAI has grave concerns about whether you understand and are in compliance with your legal obligations prohibiting you from using, keeping, or disclosing any of xAI's confidential, proprietary, and trade secret information.

We have already found that a former xAI employee who accepted an offer to join OpenAI, like you did, stole xAI's trade secrets.  We are suing him in federal court, demanding damages. On top of that, we have cancelled the thief's equity. To be clear, xAI will not hesitate to take decisive action against any individual who similarly violates their obligations to xAI.

As you are well aware, pursuant to your signed Employee Confidential Information and Invention Assignment Agreement ("ECIIAA"), you are obligated at all times to maintain the strict confidentiality of xAI's confidential and proprietary information. To be absolutely clear, your obligation to safeguard xAI's confidential information endures indefinitely. Under the ECIIAA, you are strictly prohibited from using, relying on, or disclosing any xAI confidential or proprietary information. Such information includes, but is not limited to xAI's code base, algorithms, model weights, training data, tuning methods, system prompts, know-how, or any other non-public information that could provide a competitive edge to others.

To that end, we demand that you come clean and provide the following information via email to **legalhr@x.ai** by no later than **5:00 p.m. PT on September 2, 2025:**

(1) A detailed written description of any and all xAI information you have uploaded or stored on your or another's non-xAI personal accounts, personal devices, or any other non-xAI accounts or devices, and any assistance you have provided to do the foregoing.

1

(2) Written confirmation as to whether you have made any unauthorized disclosure or use of xAI's confidential, proprietary or trade secret information. If so, provide: (a) the recipient(s) of such information and their contact information, (b) the date(s) of the use or disclosure; (c) a description of the information involved, (d) where the information is located now, and (e) details on how to access the information now.

(3) If you have used any personal device or account to receive, store, review, prepare or transmit any xAI Confidential Information, you agree to provide xAI with a computer-useable copy of all such Confidential Information and then permanently delete and expunge such Confidential Information from those systems. You are required to provide xAI access to your system to verify that the necessary copying and/or deletion is completed.

Failure to fully comply with these demands by the above deadline will be interpreted as evidence of breach or disregard for your duties.

Furthermore, we are aware that over the last several months OpenAI, with the help of former xAI employees, has targeted multiple xAI employees with recruitment offers, leveraging detailed knowledge of their roles, compensation, and/or performance details—information that could only have been derived from xAI's Confidential Information (as defined in the ECIIAA). We are actively investigating the source of this misappropriated information and will hold those responsible accountable.

In light of the substantial and irreparable harm xAI would suffer from any unauthorized disclosure or use of its confidential information—harm that would jeopardize years of engineering effort and billions in financial investment—xAI will employ all lawful means to address any violations of your obligations to xAI. xAI will vigorously pursue all available legal remedies without hesitation, including temporary restraining orders, preliminary injunctions, and substantial monetary damages. xAI unequivocally reserves all rights to take action regardless of your response to this letter.

Sincerely,

Lily Lim
Head of Legal Affairs
xAI

2