# Exhibit 6

| | |
|---|---|
| **From:** | Vidal, Kathi |
| **To:** | Luedtke, Carolyn |
| **Cc:** | McCullough, Matt; Swope, Carson; Newman, Claudia; Kravis, Jonathan; Shikman, Dane |
| **Subject:** | RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (N.D. Cal.) |
| **Date:** | Thursday, September 18, 2025 6:19:57 PM |
| **Attachments:** | image001.png |
| | shield-advisory.png |
| | chevron-light.png |

 External email

Dear Carolyn,

It has now been nearly two weeks since my September 5 letter, which requested a written response within five (5) business days. Despite the urgency with which I communicated – detailing Li's admitted misappropriation of xAI's Confidential Information and trade secrets (***including xAI's entire code base***), and providing the Court's Temporary Restraining Order enjoining specific conduct by Mr. Li and any party acting in concert with him, including OpenAI, OpenAI has yet to provide any substantive response.

Not only has OpenAI failed to demonstrate that it takes this matter seriously, it appears instead to be capitalizing on Mr. Li's misconduct. Rather than addressing the issues raised or taking steps to mitigate further harm to xAI, OpenAI has continued to recruit and hire additional xAI employees whose value is similarly tied to their access to xAI's Confidential Information—individuals who, like Mr. Li, have been found to have taken xAI's proprietary materials.

This pattern raises grave concerns that OpenAI is knowingly and systematically inducing breaches of confidentiality obligations owed to xAI, engaging in or enabling trade secret misappropriation, tortiously interfering with valid and enforceable agreements between xAI and its employees, and disregarding its obligations under applicable law.

OpenAI's delay is unacceptable. The obligations imposed by the Court's order on Li and anyone acting in concert with him are not discretionary, and the risks to xAI's proprietary information are immediate and irreparable. The longer OpenAI fails to confirm its compliance, the greater the likelihood that xAI's trade secrets are being used, disclosed, or otherwise exploited in violation of federal and state law.

Let me be clear: OpenAI must immediately confirm that it has taken all necessary steps detailed in my letter to comply with its legal obligations.

We expect written confirmation of these actions without further delay.

Thank you,

Kathi

---

**From:** Luedtke, Carolyn <Carolyn.Luedtke@mto.com>
**Sent:** Friday, September 12, 2025 7:47 PM
**To:** Vidal, Kathi <KVidal@winston.com>
**Cc:** McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Newman, Claudia <CNewman@winston.com>; Kravis, Jonathan <Jonathan.Kravis@mto.com>; Shikman, Dane <Dane.Shikman@mto.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (N.D. Cal.)

Kathi,

I am following up on my voicemail that I just left.  I was calling to check in and to let you know that I will have a written response on behalf of OpenAI for you early next week.

--Carolyn

**Carolyn Hoecker Luedtke** | **Munger, Tolles & Olson LLP**
560 Mission Street | San Francisco, CA 94105
Tel:  415.512.4027 | Fax:  415.644.6927 | carolyn.luedtke@mto.com | www.mto.com

---

**From:** Luedtke, Carolyn <Carolyn.Luedtke@mto.com>
**Sent:** Tuesday, September 9, 2025 11:41 AM
**To:** kvidal@winston.com
**Cc:** mrmccullough@winston.com; cswope@winston.com; cnewman@winston.com; Kravis, Jonathan <Jonathan.Kravis@mto.com>; Shikman, Dane <Dane.Shikman@mto.com>
**Subject:** X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (N.D. Cal.)

Kathi,

I wanted to reach out and introduce myself and let you know that we'll be representing OpenAI in responding to your letter from Friday regarding Xuechen Li.  As you know, Mr. Li did not join OpenAI.  We are reviewing your letter and will be back to you promptly.  Please direct further communications about Mr. Li to our attention.

Regards,
Carolyn

**Carolyn Hoecker Luedtke** | **Munger, Tolles & Olson LLP**
560 Mission Street | San Francisco, CA 94105
Tel:  415.512.4027 | Fax:  415.644.6927 | carolyn.luedtke@mto.com | www.mto.com
---------- Forwarded message ---------
From: **Vidal, Kathi** <KVidal@winston.com>
Date: Fri, Sep 5, 2025 at 11:29 AM
Subject: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (N.D. Cal.)
To: ███████████████████████████
CC: McCullough, Matt <MRMcCullough@winston.com>, Swope, Carson <CSwope@winston.com>, Newman, Claudia <CNewman@winston.com>

Dear Mr. Chang,

Please see the attached correspondence. If you have any questions, I can be reached at (202) 282-5099.

Sincerely, Kathi

**KATHI VIDAL**
PARTNER

Bio vCard

**T** +1 (202) 282-5099
kvidal@winston.com

1901 L Street, N.W., Washington, D.C. 20036-3506
255 Shoreline Drive, Suite 520, Redwood City, CA 94065

*Admitted to practice in Arizona, California, District of Columbia, Patent and Trademark Office*

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.