# Exhibit 7

MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR. P.C.
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GLENN D. POMERANTZ
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
STUART N. SENATOR
KELLY M. KLAUS
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG P.C.
GINGER D. ANDERS P.C.
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
ACHYUT J. PHADKE
ZACHARY M. BRIERS
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER

JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JONATHAN KRAVIS P.C.
JOHN L. SCHWAB
L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
VINCENT Y. LING
VICTORIA A. DEGTYAREVA
JOHN B. MAJOR
RACHEL G. MILLER-ZIEGLER P.C.
FAYE PAUL TELLER
STEPHANIE G. HERRERA
JULIANA M. YEE
COLIN A. DEVINE
GIOVANNI S. SAARMAN GONZÁLEZ
ANNE K. CONLEY
DAVID W. MORESHEAD
ANDREW D. GARELICK
SKYLAR B. GROVE
LAURA M. LOPEZ
DANE P. SHIKMAN
SAMUEL H. ALLEN
J. MAX ROSEN
ROWLEY J. RICE
LAUREN E. ROSS
BENJAMIN G. BAROKH
ABE DYK
MEGAN MCCREADIE
RAQUEL E. DOMINGUEZ
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
XIAONAN APRIL HU
CARRIE C. LITTEN
JAMES R. SALZMANN
SEAN P. BARRY
MICHAEL I. SELVIN
HUNTER V. ARMOUR
NATHANIEL F. SUSSMAN
OLIVER BROWN
PAUL E. MARTIN
MATTHEW MIYAMOTO
REBECCA L. SCIARRINO
CORY M. BATZA
BRIAN R. BOESSENECKER
ROBERT E. BOWEN

RICHARD T. JOHNSON
GRACE DAVIS FISHER
LAUREN N. BECK
CALEB W. PEIFFER
JAMIE LUMA
STEVEN B. R. LEVICK
JANELLE KRUMMEN
WILLIAM M. ORR
GABRIEL M. BRONSHTEYN
ROSIO FLORES ARRIAGA
JESSICA O. LAIRD
ERICA C. TOOCH
SARAH E. WEINER
EVAN MANN
ANDREW T. NGUYEN
SARA H. WORTH
MIRANDA E. REHAUT
STEPHANY REAVES
LAUREN E. KUHN
GARRETT SOLBERG
TED KANG
ADAM W. KWON
JOSEPH N. GLYNN
SIMON K. ZHEN
CARSON J. SCOTT
ROMAN LEAL
MATTHEW W. LINSLEY
ADEEL MOHAMMADI
TAYLOR L. BENNINGER
LORRAINE L. ABDULAHAD
CLARE KANE
SIDNEY M. EISNER
HELEN ELIZABETH WHITE
ALISON A. DOYLE
FELIPE DE JESÚS HERNÁNDEZ
JASON D. WEISS
HENRY D. SHREFFLER
MILES W. UNTERREINER
LYNDSEY FRANKLIN
ANDREW DELAPLANE
ARIELLA PARK
LAURA PERRY STONE
NATASHA GEILING
JOSEPH MANTEGANI
GRAHAM J. WYATT
WESLEY P. DEVOLL
LAUREN A. BILOW
KAYSIE GONZALEZ
ALEXIS D. CAMPBELL

KYRA E. SCHOONOVER
WENDY Q. XIAO
DANIEL KANE
ADITI NARESH GHATLIA
ALBERTO J. DE DIEGO-HABEL
KYLE A. SCHNEIDER
CARL H. JIANG
BOBBY H. KIM
CLAIRE I. ROGERSON
LIAM GENNARI
CHARLES LAM
MICHAEL X. WEI
MAGGIE BUSHELL
REBECCA J. HANSEN
CONNOR HOGE
SARAH M. PFANDER
ELIZABETH ANASTASI
KEVIN HAN YANG
CORDELL A. BROWN
QIANZHE DANNY ZHANG
ABIGAIL K. BESSLER
KYLE A. GROVES
ESTHENA BARLOW
CY EMEKA RAY
SUSANNAH M. L. GAGNON
DANIEL E. RUBIN
MOHAMED SAID
JIN NIU
SHUYU SUN
REBECCA M. HO

_____

OF COUNSEL
KATHLEEN M. MCDOWELL
PATRICK J. CAFFERTY, JR.
DAVID H. FRY
BRADLEY R. SCHNEIDER
PETER E. GRATZINGER
ADAM R. LAWTON
SARAH J. COLE
ALLISON M. DAY
JEREMY S. KREISBERG
NICOLE M. HOWELL
TERESA A. REED DIPPO

_____

SEE MTO.COM FOR
JURISDICTIONS OF ADMISSION

350 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

_____

560 MISSION STREET

SAN FRANCISCO, CALIFORNIA 94105-3089

TELEPHONE (415) 512-4000

_____

601 MASSACHUSETTS AVENUE NW

SUITE 500E

WASHINGTON, D.C. 20001-5369

TELEPHONE (202) 220-1100

September 19, 2025

**VIA E-MAIL**

Writer's Direct Contact
(415) 512-4027
(415) 644-6927 FAX
carolyn.luedtke@mto.com

Kathi Vidal
Winston & Strawn
KVidal@winston.com

Re:     Xuechen Li

Dear Counsel:

OpenAI responds here to xAI's September 5 letter and your September 18 email.  We disagree with the suggestion in your email that the timing of OpenAI's response to your letter suggests that OpenAI has "failed to demonstrate that it takes this matter seriously" or that OpenAI is "capitalizing on Mr. Li's misconduct."  On the contrary, since receiving your September 5 letter, OpenAI took immediate steps, and has diligently and thoroughly investigated xAI's allegations, which OpenAI takes very seriously.  I emailed you on September 9 to let you know we were working on a response, I called you on September 12 to give you an update, but I got voicemail and you did not call back.  I followed up by email that same afternoon to let you know we were working on a response.  In any event, this letter addresses the allegations set forth in the September 5 letter.  We will respond separately to the allegations in your email from last night concerning recruiting, which are not well taken and contrary to California's strong public policy in favor of employees choosing where to work.

OpenAI did give Mr. Li an offer of employment that he accepted.  However, as you know by now, he never commenced employment with OpenAI.  He stopped communicating with OpenAI without explanation as his August 19 start date approached.  OpenAI has now sent Mr. Li a message revoking his offer.

OpenAI does not want to receive misappropriated trade secrets from Mr. Li or any employee, nor does it want to improperly receive or use xAI's confidential and proprietary information.

MUNGER, TOLLES & OLSON LLP

September 19, 2025
Page 2

OpenAI has not solicited such information from Mr. Li.  To protect against receiving confidential information from new employees' former employers, OpenAI requires new employees to sign an agreement in which they agree not to bring confidential information from former employers into OpenAI.

I will turn to your requests and questions.

1.      As to Mr. Li's employment contract, I can confirm that you sent it to OpenAI as an exhibit to your Complaint.  OpenAI has not, and does not intend to, interfere with Mr. Li's performance of his obligations under that contract.

2.      You asked OpenAI to prevent communications between Mr. Li and OpenAI that would violate Mr. Li's obligation not to use or disclose xAI confidential information.  As noted above, Mr. Li did not commence employment with OpenAI, there is no ongoing communication between OpenAI and Mr. Li, and OpenAI has no intent or desire to discuss xAI confidential information with Mr. Li.

3.      You asked OpenAI to cease use of and return any xAI confidential information that Mr. Li provided to OpenAI and then destroy those materials.  We have conducted a reasonable investigation since learning of your allegations and we have not identified any xAI confidential documents or information disclosed by Mr. Li to OpenAI.  Your September 5 letter referenced a "slide deck" that Mr. Li allegedly showed to OpenAI personnel during a meeting on or about July 13 and that allegedly included xAI proprietary information.  We have not been able to locate any such slide deck, nor have we identified any meeting where Mr. Li showed a slide deck to OpenAI personnel.  If you have more information about that slide deck, such as how and whether it was transmitted, what its file name or hash value was, and/or who he was meeting with when he may have presented it, we will look into your concern further.

4.      You said the court issued an injunction barring Mr. Li from communicating with anyone who works at OpenAI.  You asked OpenAI to take steps to prevent its employees from communicating with Mr. Li until xAI's confidential information is removed from his possession.  As noted above, OpenAI has already revoked Mr. Li's offer.  He stopped communicating with the individual who was facilitating his start date.  The individual is aware that they should have no further communications with Mr. Li at this time.

5.      OpenAI is preserving any relevant documents.

Thank you again for bringing your concern about Mr. Li to OpenAI's attention.  We consider the matter closed unless you learn of and inform us of any details related to Mr. Li that suggests he did transmit confidential or trade secret xAI information to OpenAI.  If this happens, please provide us with specific information to facilitate further investigation.

MUNGER, TOLLES & OLSON LLP

September 19, 2025
Page 3

We will separately respond by October 2 to the subpoena you served on us yesterday for documents in your lawsuit against Mr. Li.

Very truly yours,

*/s/ Carolyn Hoecker Luedtke*

Carolyn Hoecker Luedtke

cc:    Jonathan Kravis (Jonathan.Kravis@mto.com)
    Dane Shikman (Dane.Shikman@mto.com)
    Gabriel Bronshteyn (Gabriel.Bronshteyn@mto.com)