# Exhibit 8

MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR. P.C.
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GLENN D. POMERANTZ
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
STUART N. SENATOR
KELLY M. KLAUS
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG P.C.
GINGER D. ANDERS P.C.
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
ACHYUT J. PHADKE
ZACHARY M. BRIERS
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER

JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JONATHAN KRAVIS P.C.
JOHN L. SCHWAB
L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
VINCENT Y. LING
VICTORIA A. DEGTYAREVA
JOHN B. MAJOR
RACHEL G. MILLER-ZIEGLER P.C.
FAYE PAUL TELLER
STEPHANIE G. HERRERA
JULIANA M. YEE
COLIN A. DEVINE
GIOVANNI S. SAARMAN GONZÁLEZ
ANNE K. CONLEY
DAVID W. MORESHEAD
ANDREW D. GARELICK
SKYLAR B. GROVE
LAURA M. LOPEZ
DANE P. SHIKMAN
SAMUEL H. ALLEN
J. MAX ROSEN
ROWLEY J. RICE
LAUREN E. ROSS
BENJAMIN G. BAROKH
ABE DYK
MEGAN MCCREADIE
RAQUEL E. DOMINGUEZ
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
XIAONAN APRIL HU
CARRIE C. LITTEN
JAMES R. SALZMANN
SEAN P. BARRY
MICHAEL I. SELVIN
HUNTER V. ARMOUR
NATHANIEL F. SUSSMAN
OLIVER BROWN
PAUL E. MARTIN
MATTHEW MIYAMOTO
REBECCA L. SCIARRINO
CORY M. BATZA
BRIAN R. BOESSENECKER
ROBERT E. BOWEN

RICHARD T. JOHNSON
GRACE DAVIS FISHER
LAUREN N. BECK
CALEB W. PEIFFER
JAMIE LUMA
STEVEN B. R. LEVICK
JANELLE KRUMMEN
WILLIAM M. ORR
GABRIEL M. BRONSHTEYN
ROSIO FLORES ARRIAGA
JESSICA O. LAIRD
ERICA C. TOOCH
SARAH E. WEINER
EVAN MANN
ANDREW T. NGUYEN
SARA H. WORTH
MIRANDA E. REHAUT
STEPHANY REAVES
LAUREN E. KUHN
GARRETT SOLBERG
TED KANG
ADAM W. KWON
JOSEPH N. GLYNN
SIMON K. ZHEN
CARSON J. SCOTT
ROMAN LEAL
MATTHEW W. LINSLEY
ADEEL MOHAMMADI
TAYLOR L. BENNINGER
LORRAINE L. ABDULAHAD
CLARE KANE
SIDNEY M. EISNER
HELEN ELIZABETH WHITE
ALISON A. DOYLE
FELIPE DE JESÚS HERNÁNDEZ
JASON D. WEISS
HENRY D. SHREFFLER
MILES W. UNTERREINER
LYNDSEY FRANKLIN
ANDREW DELAPLANE
ARIELLA PARK
LAURA PERRY STONE
NATASHA GEILING
JOSEPH MANTEGANI
GRAHAM J. WYATT
WESLEY P. DEVOLL
LAUREN A. BILOW
KAYSIE GONZALEZ
ALEXIS D. CAMPBELL

KYRA E. SCHOONOVER
WENDY Q. XIAO
DANIEL KANE
ADITI NARESH GHATLIA
ALBERTO J. DE DIEGO-HABEL
KYLE A. SCHNEIDER
CARL H. JIANG
BOBBY H. KIM
CLAIRE I. ROGERSON
LIAM GENNARI
CHARLES LAM
MICHAEL X. WEI
MAGGIE BUSHELL
REBECCA J. HANSEN
CONNOR HOGE
SARAH M. PFANDER
ELIZABETH ANASTASI
KEVIN HAN YANG
CORDELL A. BROWN
QIANZHE DANNY ZHANG
ABIGAIL K. BESSLER
KYLE A. GROVES
ESTHENA BARLOW
CY EMEKA RAY
SUSANNAH M. L. GAGNON
DANIEL E. RUBIN
MOHAMED SAID
JIN NIU
SHUYU SUN
REBECCA M. HO

_____

OF COUNSEL
KATHLEEN M. MCDOWELL
PATRICK J. CAFFERTY, JR.
DAVID H. FRY
BRADLEY R. SCHNEIDER
PETER E. GRATZINGER
ADAM R. LAWTON
SARAH J. COLE
ALLISON M. DAY
JEREMY S. KREISBERG
NICOLE M. HOWELL
TERESA A. REED DIPPO

_____

SEE MTO.COM FOR
JURISDICTIONS OF ADMISSION

350 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

_____

560 MISSION STREET

SAN FRANCISCO, CALIFORNIA 94105-3089

TELEPHONE (415) 512-4000

_____

601 MASSACHUSETTS AVENUE NW

SUITE 500E

WASHINGTON, D.C. 20001-5369

TELEPHONE (202) 220-1100

September 11, 2025

**VIA E-MAIL**

Writer's Direct Contact
(415) 512-4027
(415) 644-6927 FAX
carolyn.luedtke@mto.com

Lewis Silkin LLP
c/o Lily-Rose Scargill  (lily-rose.scargill@lewissilkin.com)
255 Blackfriars Road
London
SE1 9AX

Re:    Jimmy Fraiture

Dear Counsel:

We are counsel for OpenAI.  We received your Friday September 5 and Monday September 8 letters regarding Jimmy Fraiture as well as the September 5 letter to Mr. Fraiture that you attached. OpenAI takes your concerns seriously and has looked into the matters raised in your letters.

OpenAI respects the confidential information of third parties and prohibits employees from disclosing or using confidential information from prior employers in their work for OpenAI.  When OpenAI gave an offer letter to Mr. Fraiture, it also required that Mr. Fraiture sign an agreement that he would not use or disclose to OpenAI any confidential information or trade secrets of his former employer(s), and that he would not bring such information onto OpenAI's property or to expose any OpenAI employee to any such information, which Mr. Fraiture did.

Mr. Fraiture began work at OpenAI on September 2, 2025.  OpenAI reiterated to Mr. Fraiture that he should not use or disclose any confidential or trade secret xAI information.  Mr. Fraiture has confirmed that he understands that obligation, has honored it and will honor it.

We have looked into the allegations in your September 5 letter.  We have also spoken to Mr. Fraiture.  It is our understanding that Mr. Fraiture did download two documents to his personal laptop

MUNGER, TOLLES & OLSON LLP

Lewis Silkin LLP
September 11, 2025
Page 2

that contained xAI confidential information while he was still working at xAI and then he believes he deleted all copies of both documents from his possession.  It is also our understanding that Mr. Fraiture's counsel has offered to allow a third party forensics expert to work with xAI counsel to double check that all confidential xAI information indeed has been deleted from his personal laptop. We also understand that Mr. Fraiture has offered to give a statement under oath that he did not disclose or use confidential xAI information at OpenAI.

We further understand that Mr. Fraiture may still be in possession of some older internal xAI communications on his personal X account, which he was instructed by xAI to use for xAI work communications.  We understand that these X-Chat messages are xAI company communications that Mr. Fraiture and his co-workers received through that platform in the ordinary course of xAI business.  We understand that Mr. Fraiture was not instructed to delete these messages when he left xAI.  We understand that Mr. Fraiture has not used these X-Chat messages in his work at OpenAI and has not shared the messages with anyone at OpenAI.  Because these communications were received on a personal X account, at the instruction of xAI, and no one asked Mr. Fraiture to delete them when he left the company, it appears to us that xAI does not consider them to be confidential. Nevertheless, we understand that in an abundance of caution Mr. Fraiture has asked you to facilitate their deletion.

OpenAI has also conducted its own investigation of this matter and has found no evidence that Mr. Fraiture disclosed or used confidential xAI information in his short time at OpenAI.

As per your request, we confirm that OpenAI is preserving any documents related to this matter.

To conclude, OpenAI takes your concerns seriously, and we appreciate your patience while we looked into this matter.  And we understand that Mr. Fraiture is cooperating with your requests.

If you have other information about an ongoing problem or new threat to your client's confidential information, please let us know right away and provide specifics so that we can look into your concerns.

Thank you for bringing this to our attention.

Very truly yours,

/s/ Carolyn Hoecker Luedtke

Carolyn Hoecker Luedtke

cc:    Jonathan Kravis (Jonathan.Kravis@mto.com)
       Dane Shikman (Dane.Shikman@mto.com)
       Mike Anderson (Michael.Anderson@lewissilkin.com)

MUNGER, TOLLES & OLSON LLP

Lewis Silkin LLP
September 11, 2025
Page 3

James Martin (James.Martin@lewissilkin.com)
Michael Morris (Michael.Morris@lewissilkin.com)

55531515.1