# Exhibit 9



lus Laboris UK Global HR Lawyers
**LEWIS SILKIN**

**Private & Confidential**

Munger, Tolles & Olson LLP
350 South Grand Avenue
Los Angeles
California
90071-3426

**By Email**

14 September 2025

Dear Munger, Tolles & Olson LLP
**Our clients: X.AI London Limited and X.AI LLC ("xAI")**

**Your client: OpenAI**

1.    We write further to your letter of 11 September 2025.

2.    We note your confirmation that OpenAI has "*reiterated to Mr Fraiture that he should not use or disclose confidential or trade secret xAI information*" and that Mr Fraiture has "*confirmed that he understands that obligation, has honored it and will honor it.*" Our clients take no comfort from Mr Fraiture's confirmation to OpenAI in circumstances where he has repeatedly lied to xAI about his conduct, both in investigation materials and in recent correspondence through his instructed counsel.

3.    By way of example, Mr Fraiture has suggested that he only took code that he worked on and was "proud of". Setting aside the fact that Mr Fraiture was not permitted to take any code from xAI irrespective of how proud he was of it, this assertion is untrue. Mr Fraiture copied source code written by others and on which he had never worked. Further, Mr Fraiture has suggested that he "inadvertently" Airdropped a confidential recording. Given Mr Fraiture's career background, that proposition is absurd. In fact, Mr Fraiture specifically requested a copy of the confidential recording shortly prior to transferring it, evidencing a premeditated intent to exfiltrate it.

4.    It appears from your letter that Mr Fraiture has not been straightforward with OpenAI or your Firm. It is not accurate to state that "*Mr Fraiture did download two documents to his personal laptop that contained xAI confidential information*". Mr Fraiture did not "download two documents". Rather, he Airdropped compressed folders containing vast amounts of xAI's confidential source code, as well as a confidential recording, from his company laptop to his personal device, in gross breach of his duties of confidence to xAI. Mr Fraiture's apparent attempt to downplay his conduct to OpenAI and your Firm has only heightened xAI's concerns.

5.    We will respond more fully to your letter in due course. However, in the meantime, we note that OpenAI has conducted its own investigation into this matter. Please confirm by return what this investigation entailed and the steps taken. That OpenAI continues to employ an individual who engaged in such flagrant wrongdoing, without any apparent safeguards to protect xAI's code and interests, raises significant questions about the seriousness of OpenAI's investigation.

6.    Our clients' rights remain fully and expressly reserved, including with respect to any necessary action against OpenAI, whether it be in the UK, USA, or any other appropriate forum. In these circumstances, please confirm whether you are instructed to accept service of proceedings on behalf of OpenAI. If so, please confirm whether you will accept service by electronic means (by e-mail) and whether there are any limitations to accepting service by such means.

Yours faithfully

*Lewis Silkin LLP.*

**Lewis Silkin LLP**



**Lewis Silkin LLP**
Arbor
255 Blackfriars Road
London SE1 9AX

**Office details**
T    +44 (0) 20 7074 8000T
E    info@lewissilkin.comE
W    lewissilkin.com

**Mike Anderson**
+44 (0) 20 7074 8415
michael.anderson@lewissilkin.com

DX  182 CHANCERY LANE

Lewis Silkin LLP is a limited liability partnership registered in England and Wales. Registered No.OC317120. Registered office: Arbor 255 Blackfriars Road London SE1 9AX. Authorised and regulated by the Solicitors Regulation Authority. SRA No.439493. A list of the members of Lewis Silkin LLP is open to inspection at the registered office.