# Exhibit 10

## MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR. P.C.*
STEVEN M. PERRY
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
KATHLEEN M. MᶜDOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
STUART N. SENATOR
MARTIN D. BERN
JONATHAN E. ALTMAN
KELLY M. KLAUS
DAVID B. GOLDMAN
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
BRETT J. RODDA P.C.*
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
KYLE W. MACH
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG P.C.*
GINGER D. ANDERS P.C.*

MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
KELLY L.C. KRIEBS
JEREMY A. LAWRENCE
ACHYUT J. PHADKE
ZACHARY M. BRIERS
JENNIFER M. BRODER
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JONATHAN KRAVIS P.C.*
JOHN L. SCHWAB
EMILY C. CURRAN-HUBERTY
MATTHEW S. SCHONHOLZ
L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
TYLER HILTON
VINCENT LING
LAUREN BELL P.C.*
VICTORIA A. DEGTYAREVA
JOHN B. MAJOR
RACHEL G. MILLER-ZIEGLER P.C.*
FAYE PAUL TELLER
JULIANA M. YEE
LAUREN C. BARNETT
NICK R. SIDNEY
SKYLAR B. GROVE
LAURA M. LOPEZ
COLIN A. DEVINE
DANE P. SHIKMAN
MAGGIE THOMPSON
ALLISON M. DAY
GIOVANNI S. SAARMAN GONZÁLEZ
STEPHANIE G. HERRERA
SARA A. MCDERMOTT
J. MAX ROSEN
ANNE K. CONLEY
DAVID W. MORESHEAD
ANDRE W. BREWSTER III
ROWLEY J. RICE
USHA CHILUKURI VANCE
ZARA BARI
LAUREN E. ROSS*
BENJAMIN G. BAROKH

ABE DYK
MEGAN MCCREADIE
RAQUEL E. DOMINGUEZ
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
XIAONAN APRIL HU*
NATALIE KARL
ERINMA E. MAN
CARRIE C. LITTEN
RUBY J. GARRETT*
JAMES R. SALZMANN
SAMIR HALAWI
ROBIN GRAY SCHWEITZER
JOSEPH MOSES
MICHAEL I. SELVIN
NATHANIEL F. SUSSMAN
OLIVER BROWN
PAUL E. MARTIN
ANDRA LIM*
REBECCA L. SCIARRINO
CORY M. BATZA
BRIAN R. BOESSENECKER
AVI REJWAN OVED
ROBERT E. BOWEN
RICHARD T. JOHNSON
GRACE DAVIS FISHER
LAUREN N. BECK
CALEB W. PEIFFER
GREGORY T. S. BISCHOPING*
JAMIE LUGURI
STEVEN B. R. LEVICK
JANELLE KRUMMEN
WILLIAM M. ORR
GABRIEL M. BRONSHTEYN
JING JIN
ALEX C. WERNER
ROSIO FLORES ARRIAGA
JESSICA O. LAIRD
ERICA C. TOOCH
SARAH E. WEINER*
LEONARDO MANGAT*
EVAN MANN
ANDREW T. NGUYEN
RACHEL M. JONES
MIRANDA E. REHAUT
TIANA S. BAHERI
STEPHANY REAVES*
LAUREN E. KUHN
J. KAIN DAY
GARRETT SOLBERG
TED KANG

ADAM W. KWON
H. JAVIER KORDI
JOSEPH N. GLYNN
SIMON K. ZHEN
CARSON J. SCOTT
AVERY P. HITCHCOCK
ELISSA WALTER
CHRISTOPHER B. CRUZ
JARED T. KOCH
MATTHEW W. LINSLEY
BRIANNE HOLLAND-STERGAR
NICHOLAS NEUTEUFEL
JIMMY BIBLARZ
ADEEL MOHAMMADI
TAYLOR L. BENNINGER
LORRAINE L. ABDULAHAD
CLARE KANE
SIDNEY MOSKOWITZ
HELEN ELIZABETH WHITE*
KATHLEEN FOLEY*
ALISON A. DOYLE
FELIPE DE JESÚS HERNÁNDEZ
PHILLIP H.C. WILKINSON

_____

OF COUNSEL

ROBERT K. JOHNSON
PATRICK J. CAFFERTY, JR.
PETER A. DETRE
BRADLEY R. SCHNEIDER
AIMEE FEINBERG
PETER E. GRATZINGER
JENNY H. HONG
KIMBERLY A. CHI
ADAM R. LAWTON
MICHAEL E. GREANEY
SARAH J. COLE

_____

E. LEROY TOLLES
(1922-2008)

*ADMITTED IN DC,
ALL OTHERS ADMITTED IN CA

350 SOUTH GRAND AVENUE

FIFTIETH FLOOR

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

FACSIMILE (213) 687-3702

_____

560 MISSION STREET

TWENTY-SEVENTH FLOOR

SAN FRANCISCO, CALIFORNIA 94105-3089

TELEPHONE (415) 512-4000

FACSIMILE (415) 512-4077

_____

601 MASSACHUSETTS AVENUE NW

SUITE 500E

WASHINGTON, D.C. 20001-5369

TELEPHONE (202) 220-1100

FACSIMILE (202) 220-2300

September 16, 2025

Writer's Direct Contact
(415) 512-4027
(415) 644-6927 FAX
carolyn.luedtke@mto.com

**VIA E-MAIL**

Lewis Silkin LLP
c/o Lily-Rose Scargill  (lily-rose.scargill@lewissilkin.com)
255 Blackfriars Road
London
SE1 9AX

Re:    Jimmy Fraiture

Dear Counsel:

This responds to your letter from Sunday, September 14.  I disagree with the tone and much of the content of your letter.  OpenAI has done nothing wrong with respect to Mr. Fraiture and is endeavoring to be cooperative here.

To reiterate, OpenAI respects the confidential and proprietary information of xAI and has not sought, and does not want, improperly disclosed xAI confidential information from Mr. Fraiture or anyone.

OpenAI has seen no evidence that Mr. Fraiture did anything to disclose or use xAI confidential information.  If you have additional or more specific evidence, such as file names or hash values for files that you believe he may have misappropriated and used, please provide them and we will search and confirm whether they entered his OpenAI devices or accounts.  If they have, we agree to work with you to remediate them.  If it would be helpful for you to provide a more specific substantive description of what information you believe he misappropriated so that we can investigate whether that has been disclosed or used, we are open to entering into a confidentiality agreement whereby we would keep that substantive information confidential among outside counsel and any consulting forensics experts for purposes of an investigation.  Let us know if that is something you would like to pursue and/or if you have more information to share.

MUNGER, TOLLES & OLSON LLP

Lewis Silkin LLP
September 16, 2025
Page 2

   We are authorized to accept service for OpenAI in the U.S.  If there is something you want to serve in the U.K. related to court processes, we don't think we can accept service of that as counsel based in the U.S.  We will endeavor to get a contact for you in the U.K. who would be authorized. We will be back to you on that request.

             Very truly yours,

             */s/ Carolyn Hoecker Luedtke*

             Carolyn Hoecker Luedtke

cc:  Jonathan Kravis (Jonathan.Kravis@mto.com)
    Dane Shikman (Dane.Shikman@mto.com)
    Gabriel Bronshteyn (Gabriel.Bronshteyn@mto.com)
    Mike Anderson (Michael.Anderson@lewissilkin.com)
    James Martin (James.Martin@lewissilkin.com)
    Michael Morris (Michael.Morris@lewissilkin.com)

55536664.1