# Exhibit 11



**Private & Confidential**

Munger, Tolles & Olson LLP
350 South Grand Avenue
Los Angeles
California
90071-3426

**By Email**

26 September 2025

Our ref:        LRS8124/127227/1/4157-6011-0176.1

Dear Munger, Tolles & Olson LLP

**Our client: X.AI London Ltd and X.AI LLC ("xAI")**
**Your client: OpenAI**

Your letters of 16 and 19 September and email of 20 September 2025 do little to address the serious concerns raised in our prior correspondence regarding Mr Fraiture's misuse of xAI confidential information.

Rather than taking meaningful steps to identify and remediate the harm caused by Mr Fraiture's actions - including any conduct by OpenAI or its employees that may have encouraged or facilitated his misappropriation - OpenAI offers only vague assurances that it "*respects the confidential and proprietary information of xAI*" and "*takes allegations of misappropriated confidential information seriously*".

These statements ring hollow in light of the facts. Mr Fraiture has admitted to misappropriating xAI's trade secrets and has repeatedly misled xAI about the nature and extent of his misconduct. Yet your letters refuse to explain what investigations OpenAI has conducted in that regard. Further, your statement that OpenAI "*does not know*" what information Mr Fraiture Airdropped to his personal laptop indicates that whatever investigation has been conducted is seriously defective.

Mr Fraiture Airdropped to himself a zipfile containing thousands of code files containing xAI source code together with a confidential recording which discloses xAI strategy and planned innovations. We note with concern and incredulity, in those circumstances, your statement that OpenAI has "*seen no evidence*" of Mr Fraiture's misuse of xAI's proprietary materials.

OpenAI must ensure that it is not benefiting from xAI's information in any form. That obligation is not limited to specific files - it extends to any use or disclosure of xAI's confidential information. Mr Fraiture is prohibited from using such information, and OpenAI is equally prohibited from benefiting from it. We are prepared to discuss a confidentiality protocol to facilitate further investigations, but that cannot substitute for OpenAI's obligation to investigate and remediate the misconduct at issue.

As to the balance of your correspondence, we note and reject entirely your suggestion that there has been a "*crescendo of oppressive and harassing behaviour*" towards former xAI employees. That suggestion is unreal, and ought never to have been made. M. Fraiture admits that he unlawfully took xAI source code and other confidential information when he resigned from xAI, and admits that he lied repeatedly to xAI about his conduct. It is not remotely "*oppressive*" to prevent former employees misusing xAI confidential information. Further, OpenAI's recruitment of employees whose value is directly tied to their access to xAI's confidential information and hiring xAI employees who have been found to have taken xAI's proprietary materials suggests that OpenAI is knowingly inducing breaches of confidentiality obligations, and engaging in or enabling trade secret misappropriation. As you know, those concerns are now the subject of proceedings



**Lewis Silkin LLP**
Arbor
255 Blackfriars Road
London SE1 9AX

DX  182 CHANCERY LANE

**Office details**
T  +44 (0) 20 7074 8000
E  info@lewissilkin.com
W  lewissilkin.com

**Mike Anderson**
T  +44 (0) 20 7074 8415
E  michael.anderson@lewissilkin.com

Lewis Silkin LLP is a limited liability partnership registered in England and Wales. Registered No.OC317120. Registered office: Arbor 255 Blackfriars Road London SE1 9AX. Authorised and regulated by the Solicitors Regulation Authority. SRA No.439493. A list of the members of Lewis Silkin LLP is open to inspection at the registered office.



brought by xAI in the United States District Court for the Northern District of California in relation to which any correspondence should be directed to Winston & Strawn.

Yours faithfully

**Lewis Silkin LLP**