# Exhibit 15



**WINSTON & STRAWN LLP**

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

2121 N. Pearl Street
Suite 900
Dallas, TX 75201
T +1 (214) 453-6500
F +1 (214) 453-6400

October 17, 2025

**<u>CONFIDENTIAL</u>**

Carolyn Hoecker Luedtke
Munger, Tolles & Olson LLP
560 Mission Street
San Francisco, CA 94105
Carolyn.luedtke@mto.com

Re:    *X.AI Corp. v. OpenAI, Inc.* (No. 3:25-cv-08133-RFL) – Response to October 3 Letter

Dear Carolyn:

I write in response to your October 3 letter.  Despite your allegations, one-sided presentation of the facts, and reliance on self-serving inferences, xAI's complaint is well-founded and we will not be withdrawing it.  We need not waste time on a letter writing campaign.  If there is anything further you would like to discuss, you can reach me at (214) 453-6431.

However, your letter does raise concerns about whether OpenAI has adequately preserved information and documents relevant to this litigation.  Please confirm that regardless of whatever assumptions you have made about information xAI already has access to, you are preserving relevant documents, communications, data, and information even if you believe xAI already had access to it, including all communications between Tifa Chen and Li, Fraiture, or any other current or former xAI employees.  This includes turning off any automatic deletion functions.

Finally, there is a new issue regarding former xAI employee Uday Ruddarraju.  On September 26—after he had already begun working for OpenAI—Mr. Ruddarraju attempted to access a confidential xAI document on xAI's internal Google Drive regarding an xAI datacenter employee.  Both retaining access to this information after leaving xAI and then accessing it are clear violations of his contractual obligations.  And that he attempted to access this document while working for OpenAI continues the alarming pattern we describe in the complaint.  Please explain why Mr. Ruddarraju attempted to access this document and confirm that you are preserving evidence relating to Mr. Ruddarraju, including but not limited to any files or information provided by Mr. Ruddarraju relating to xAI, its datacenter deployments, or xAI employees knowledgeable about xAI's datacenter deployment.

We would appreciate your prompt response.

Sincerely,

*LeElle Slifer*

LeElle B. Slifer