# Exhibit 16

**From:** Uday Kumar Raju ruddarraju < ███████████████ >
**Date:** September 2, 2025 at 1:01:42 PM PDT
**To:** Lily Lim <lily@x.ai>
**Cc:** Mary Wang <mary@x.ai>
**Subject: Re: Letter re: xAI Trade Secrets and Confidential Information**


Dear Ms. Lim,

I write in response to your August 29, 2025 letter.

I am fully aware of my confidentiality obligations to xAI, and I continue to honor those obligations.

At the time of my departure in July, xAI did not issue company phones or messaging accounts. Employees, including myself, were expected to use our personal devices and accounts (e.g., Signal, X private messaging) for work purposes. Consistent with those instructions, I used my personal phone and accounts for xAI work-related communications. During the last week of my departure, I reviewed those devices and accounts and deleted work-related communications that might contain confidential xAI information. I informed the HR team of this at the same time, and no further instructions were given before I signed my termination agreement.

To be clear, I have not made any unauthorized disclosure or use of xAI's confidential information.

I hope this addresses the questions raised in your letter. Please confirm if there are any specific follow-ups required of me.

Best regards,

Uday Ruddarraju


On Sat, 30 Aug 2025 at 01:09, Lily Lim <lily@x.ai> wrote:

> Dear Uday,
> Please see the attached letter.  The deadline for responding is September 2, 2025 at 5:00pm PT.
> Thank you.
>
> Best regards,
> Lily Lim
> Head of Legal Affairs
> x.AI