# Exhibit 17

| | |
|---|---|
| **From:** | Luedtke, Carolyn |
| **To:** | Slifer, LeElle B. |
| **Cc:** | Vidal, Kathi; McCullough, Matt; Swope, Carson; Hung, Jonathan; Sloan, Danielle; Shikman, Dane; Bronshteyn, Gabriel; Kravis, Jonathan |
| **Subject:** | RE: OpenAI: Response to Oct. 3 Letter |
| **Date:** | Tuesday, October 21, 2025 9:06:12 AM |
| **Attachments:** | image004.png |

LeElle,

It is nice to meet you electronically.

This follows up on your letter from Friday that raised a concern about Uday Ruddarraju. Your letter says that you believe he attempted to access an xAI document on xAI's internal Google Drive regarding an xAI datacenter employee on September 26, 2025.

Both OpenAI and Mr. Ruddarraju take his confidentiality obligations to xAI seriously. Mr. Ruddarraju does not have any recollection of attempting to access or accessing any xAI document on September 26 and confirms that he did not intentionally access any such document. He has confirmed that his Google Drive account is not logged into xAI's Google Drive, and we assume you would have terminated all such access when he left his employment. He did use his personal phone for work at xAI's request and his personal phone would have had access to xAI's Google Drive when he worked there. We are seeking to understand whether there could have been some unintentional effort at connection from his phone to xAI's Google Drive. To do that, we could use some additional information to facilitate our investigation.

(1) Please let us know the Document ID for the document. I believe this is listed in the Document ID field in the Google Audit logs.

(2) Please let us know the IP address that you believe attempted to access the document on September 26.

(3) Please let us know what specific account you believe was used to attempt to access the document. This should be listed in the Actor field in the Google Audit logs

(4) Please confirm that the access attempt was not successful and no document was actually accessed, downloaded, or transferred. It sounded like that is the case from your letter, but we want to confirm.

(5) Please share the GDrive audit logs for this one item. This would include any entries where Mr. Ruddarraju is in the Actor field. This shouldn't pose confidentiality issues because the audit logs do not include any document content except the title, which you can redact if you believe that is sensitive.

(6) Can you confirm that nobody at or working with xAI has activated or used Mr. Ruddaraju's xAI laptop that he returned to the company when he left his employment at xAI? Can you also let us know whether anyone at or working with xAI has activated or used Mr. Ruddaraju's xAI Google Drive

login since he left the company?  For example, has an administrative person changed his password and reactivated his account and/or logged in under his name since he left?

We can confirm we are preserving evidence related to Mr. Ruddarraju.  Please also confirm that you are doing the same.

Thank you for your further response to allow us to investigate this further.

Regards,
Carolyn

**Carolyn Hoecker Luedtke** | **Munger, Tolles & Olson LLP**
560 Mission Street | San Francisco, CA 94105
Tel:  415.512.4027 | Fax:  415.644.6927 | carolyn.luedtke@mto.com | www.mto.com

---

**From:** Slifer, LeElle B. <LSlifer@winston.com>
**Sent:** Friday, October 17, 2025 12:06 PM
**To:** Luedtke, Carolyn <Carolyn.Luedtke@mto.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Hung, Jonathan <JOHung@winston.com>; Sloan, Danielle <DSloan@winston.com>; Shikman, Dane <Dane.Shikman@mto.com>; Bronshteyn, Gabriel <Gabriel.Bronshteyn@mto.com>; Kravis, Jonathan <Jonathan.Kravis@mto.com>
**Subject:** OpenAI: Response to Oct. 3 Letter

Carolyn,

First, I'd like to introduce myself since we haven't yet had the pleasure of speaking.  I have attached a letter in response to your Oct. 3 letter to Kathi.



**LEELLE SLIFER**
PARTNER

**T**  +1 (214) 453-6431
lslifer@winston.com

2121 North Pearl Street, Suite 900, Dallas, TX 75201

*Admitted to practice in New York, Texas*

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.