# Exhibit 18

---------- Forwarded message ---------
From: **Lily Lim** <lily@x.ai>
Date: Mon, Sep 8, 2025 at 9:34 AM
Subject: Re: Letter re: xAI Trade Secrets and Confidential Information
To: Ethan Knight ███████████████████████
Cc: Mary Wang <mary@x.ai>


Dear Ethan,
Thank you for your response.
For follow up, please provide the following items prior to Friday, September 12, 2025 at 5:00pm
Pacific Time:

1.  You acknowledge that xAI's confidential or proprietary information, no matter where you might have stored it or sent it to, remains xAI's confidential or proprietary information that is subject to the restrictions of the ECIIAA.
2.  You acknowledge that any xAI communications that you had or had access to, including via X chat, Signal, or any other communications means, must not be shared outside of xAI and must be deleted from your devices and accounts, whether those devices or accounts are your personal ones or ones at OpenAI.
3.  You confirm that you will list out any communications means, including X chat, Signal, or others, that included xAI communications or xAI Confidential Information after your last date at xAI, and list out the subject of the communications therein.
4.  You confirm that after you have provided the list above, in 3, to xAI that you have deleted all such communications from all accounts and devices in your possession, custody, or control or to which you have access.

Thank you for your cooperation.

Best regards,
Lily Lim
Head of Legal Affairs
x.AI


On Tue, Sep 2, 2025 at 4:11 PM Ethan Knight ██████████████████████████ wrote:
> Lily,
>
> I am writing to answer the questions in your August 29 letter.

1.  You asked for a description of any xAI information that I have uploaded or stored on my or another person's non-xAI personal accounts or devices.  Because xAI did not give me a company phone and expected me to be reachable and able to conduct business when away from my company computer, I used my personal phone for xAI work.  My manager and those working with me at xAI were aware of this, and it was very common amongst employees.  On my personal phone, I used the Slack messaging app, Signal / X messages / text messaging, and work email throughout my time at the company, which appeared to be a common practice.  Also, in one instance several months ago, I took some brainstorming notes while traveling of ideas on my personal paper tablet.  I also took some pictures and screenshots on my personal phone as a form of notetaking.  I did this occasionally while at xAI.

2.  I have not made any unauthorized disclosure or use of xAI's confidential information.

3.  When I left xAI, nobody at xAI asked me to review my personal devices for old xAI communications or information and I did not think to do it.  After receiving your letter, I checked my personal phone.  I no longer have access to my xAI email and I have been removed from the xAI Slack. I used my personal Signal account for occasional work communications on Signal, and the same is true for text messaging and X messages, so those are not disabled.  The only information reflecting substantive work at xAI are some messages on my personal Signal / X / text messaging account, as well as some screenshots and incidental notes that have not been shared with others, as mentioned in #1.  I can delete these messages and pictures if you would like me to do so, please let me know.  All of these were communications or notes I had in connection with my xAI work while I was at xAI.

Overall, I understand my confidentiality obligations to xAI, I have honored them, and I will continue to do so.


Sincerely,

Ethan


> On Aug 30, 2025, at 12:57 AM, Lily Lim <[lily@x.ai](mailto:lily@x.ai)> wrote:
>
> Dear Ethan,
> Please see the attached letter.  The deadline for responding is September 2, 2025 at 5:00pm PT.
> Thank you.
>
> Best regards,
> Lily Lim
> Head of Legal Affairs
> [x.AI](http://x.ai)
>
> <2025.08.29 E Knight Letter.pdf>