# Exhibit 19

---------- Forwarded message ---------
From: **Lily Lim** <lily@x.ai>
Date: Mon, Sep 8, 2025 at 9:36 AM
Subject: Re: Letter re: xAI Trade Secrets and Confidential Information
To: <​███████████████​>
CC: Mary Wang <mary@x.ai>


Hi Hieu,

Thank you for your response.
For follow up, please provide the following items prior to Friday, September 12, 2025 at 5:00pm Pacific Time:

1. You acknowledge that xAI's confidential or proprietary information, no matter where you might have stored it or sent it to, remains xAI's confidential or proprietary information that is subject to the restrictions of the ECIIAA.
2. You acknowledge that any xAI communications that you had or had access to, including via X chat, Signal, WeChat, or any other communications means, must not be shared outside of xAI and must be deleted from your devices and accounts, whether those devices or accounts are your personal ones or ones at OpenAI.
3. You confirm that you will list out any communications means, including X chat, Signal, WeChat, or others, that included xAI communications or xAI Confidential Information after your last date at xAI, and list out the subject of the communications therein.
4. You confirm that after you have provided the list above, in 3, to xAI that you have deleted all such communications from all accounts and devices in your possession, custody, or control or to which you have access.

Thank you for your cooperation.

Best regards,

Lily Lim

Head of Legal Affairs

x.AI

On Tue, Sep 2, 2025 at 6:10 AM Hieu Pham <████████████████> wrote:

Hi Lily,

Please see my response to your questions below:

**1. A detailed written description of any and all xAI information you have uploaded or stored on your or another's non-xAI personal accounts, personal devices, or any other non-xAI accounts or devices, and any assistance you have provided to do the foregoing.**

I have not used another person's non-xAI accounts or devices.

Like everyone at xAI, I used my personal phone for xAI work, as xAI did not provide company phones. I understood using my personal phone was expected of me. On my personal phone, I used many different types of communications for xAI work.

I had xAI email and xAI's Slack messaging on my phone.

I also used my personal account on Signal, WeChat, and X, and I occasionally used text messages using my personal cell number. My usages of WeChat and Signal were known to my managers at the time of the usage.

For xAI-related communications with Elon, I was instructed to use the encrypted private messaging feature on X with my personal account (hyhieu226). This all appeared to be a common practice and I understood it to be authorized.

In addition, I accessed xAI's code repository on GitHub using my personal account login (hyhieu). This is what xAI asked me to do, and it was authorized by Igor Babusshkin (ibab) on my first day of work at xAI. To be clear, I was never provided an xAI login for GitHub.

Finally, I occasionally used my personal phone to take screen shots or pictures of xAI related work for purposes of work.

**(2) Written confirmation as to whether you have made any unauthorized disclosure or use of xAI's confidential, proprietary or trade secret information.**

I have not.

**(3) If you have used any personal device or account to receive, store, review, prepare or transmit any xAI Confidential Information, you agree to provide xAI with a computer-useable copy of all such Confidential Information and then permanently delete and expunge such Confidential Information from those systems. You are required to provide xAI access to your system to verify that the necessary copying and/or deletion is completed.**

When I left xAI, nobody told me that I should review my personal phone or accounts for old xAI information.

Now, since receiving your letter, I checked to see what I still have.

I no longer have access to my xAI email and I have been removed from the xAI Slack thread.

As noted above, I used my personal accounts on Signal, WeChat, and X, and text messaging for xAI work communications and some of those messages are still in those accounts. Some of the messages on Signal and WeChat are with third parties who were collaborating with xAI. Again, all of this was authorized and part of my xAI work. Please let me know what you would like me to do with those messages, such as providing copies of them to you and/or deleting them.

Also, as noted, I have some screen shots from my work at xAI in my photos on my phone.  Please let me know if I should delete those pictures.

For my personal GitHub account, it does not appear I have access to xAI's code repositories anymore, but I can still see notations of what days and how often I contributed to the code. I can also delete that contribution history if you would like me to do so.

—

I do understand my confidentiality obligations to xAI, I have upheld them and will keep doing so. Please let me know if you have any specific concerns that you would like me to address.Otherwise, I will wait for your instructions on whether you want me to delete my work communications in my personal accounts and my pictures.

Thanks,

*--Hieu*

On Sat, Aug 30, 2025 at 1:13 AM Lily Lim <lily@x.ai> wrote:

> Dear Hieu,
>
> Please see the attached letter.  The deadline for responding is September 2, 2025 at 5:00pm PT. Thank you.
>
> Best regards,
>
> Lily Lim
>
> Head of Legal Affairs
>
> x.AI