# Exhibit 24

*Phase Definitions:*
*Phase 1: September 24, 2025 - October 26, 2025*
*Phase 2: October 27, 2025 - February 24, 2026*
*Phase 3: February 25, 2026 - April 28, 2026*

| Timekeeper | Position | Phase | Requested Hours | Amount Sought |
|---|---|---|---|---|
| Luedtke, Carolyn H. | Partner | Phase 1 | 50.00 | $76,825.15 |
| | | Phase 2 | 92.00 | $141,358.28 |
| | | Phase 3 | 71.10 | $109,245.37 |
| | | **Totals:** | **213.10** | **$327,428.80** |
| Shikman, Dane P. | Associate | Phase 1 | 65.50 | $77,197.87 |
| | | Phase 2 | 29.60 | $34,886.37 |
| | Partner | Phase 3 | 32.80 | $38,657.86 |
| | | **Totals:** | **127.90** | **$150,742.10** |
| Allen, Samuel H. | Associate | Phase 1 | 0.00 | $0.00 |
| | | Phase 2 | 0.00 | $0.00 |
| | | Phase 3 | 38.20 | $44,999.60 |
| | | **Totals:** | **38.20** | **$44,999.60** |
| Bronshteyn, Gabe M. | Associate | Phase 1 | 34.00 | $36,214.90 |
| | | Phase 2 | 111.80 | $119,083.10 |
| | | Phase 3 | 0.00 | $0.00 |
| | | **Totals:** | **145.80** | **$155,298.00** |
| Glynn, Joey N. | Associate | Phase 1 | 53.40 | $58,477.90 |
| | | Phase 2 | 83.40 | $91,330.65 |
| | | Phase 3 | 183.60 | $201,058.85 |
| | | **Totals:** | **320.40** | **$350,867.40** |
| Hudson, Amanda | Paralegal | Phase 1 | 3.40 | $1,745.15 |
| | | Phase 2 | 9.70 | $4,978.80 |
| | | Phase 3 | 11.30 | $5,800.05 |
| | | **Totals:** | **24.40** | **$12,524.00** |
| **Grand Total** | | | **869.80** | **$1,041,859.90** |

| Timekeeper | 2025 Hourly Rate | 2026 Hourly Rate |
|---|---|---|
| Luedtke, Carolyn H. | $1,488 | $1,573 |
| Shikman, Dane P. | $1,156 | $1,227 |
| Allen, Samuel H. | N/A | $1,178 |
| Bronshteyn, Gabe M. | $1,040 | $1,118 |
| Glynn, Joey N. | $1,040 | $1,118 |
| Hudson, Amanda | $512 | $514 |