CAROLYN HOECKER LUEDTKE (SBN 207976)
carolyn.luedtke@mto.com
DANE P. SHIKMAN (SBN 313656)
dane.shikman@mto.com
GABRIEL M. BRONSHTEYN (SBN 338011)
gabriel.bronshteyn@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

JOSEPH N. GLYNN (SBN 337652)
joseph.glynn@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC<br><br>Defendants. | Case No. 3:25-cv-08133-RFL<br><br>**SUPPLEMENTAL DECLARATION OF CAROLYN HOECKER LUEDTKE IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES** |

**DECLARATION OF CAROLYN HOECKER LUEDTKE**

I, Carolyn Hoecker Luedtke, hereby declare:

1. I am admitted to practice before this Court. I am a partner at the law firm of Munger, Tolles & Olson LLP ("MTO") and counsel for Defendants OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC ("OpenAI"). I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. I have served as lead counsel for OpenAI in this matter and have been responsible for overseeing the team of MTO attorneys and professionals working on this matter.

3. I submit this declaration in further support of OpenAI's Motion for Attorney's Fees ("Motion"). When I use the term "Motion," I will be referring to the opening motion, its supporting declaration, the reply brief in support of the Motion, and this declaration.

4. As explained in the original declaration I submitted in connection with OpenAI's Motion, OpenAI seeks $1,041,859.90 in attorney's fees incurred in this matter during the September 24, 2025 to April 28, 2026 timeframe.

5. In addition to amounts incurred during the September 24, 2025 to April 28, 2026 timeframe, OpenAI also seeks recovery of $175,212.40 incurred in bringing the Motion itself. This amount includes time spent researching legal arguments for the Motion, time spent preparing my prior declaration and this declaration, time spent reviewing MTO time-entries for purposes of the Motion and the supporting reply brief, and time spent drafting the Motion and its supporting reply brief. This Declaration refers to the cost of this work as the "Fees on Fees" amount.

OpenAI's Fees on Fees request includes time incurred by the following members of the MTO team at the below hourly rates.

| Timekeeper | 2026 Billing Rate |
|---|---|
| Carolyn H. Luedtke | $1,573 |
| Samuel H. Allen | $1,178 |

| | |
|---|---|
| Joseph N. Glynn | $1,118 |
| Amanda Hudson | $514 |

6. I, **Carolyn Luedtke**, oversaw the drafting of the Motion and have provided substantial revisions on and closely reviewed all aspects of the Motion.

7. **Samuel Allen** assisted me in compiling and analyzing time-entry information to calculate the amounts sought in the Motion, conducted legal research relating to the lodestar analysis portion of the Motion, drafted the portions of the Motion addressing the lodestar analysis, analyzed xAI's arguments about the reasonableness of OpenAI's requested fees, and drafted sections of the reply brief addressing those arguments.

8. **Joseph Glynn** played a leading role in compiling the factual record supporting the Motion and drafting portions of the Motion that address OpenAI's entitlement to attorney's fees under state and federal law.

9. **Amanda Hudson** has assisted in performing a citation check, revising the Motion, assembling and quality checking the voluminous exhibits to my earlier declaration, and in coordinating filings.

10. Additional information regarding the qualifications and experience of each member of the MTO team mentioned above is provided in my original declaration. MTO team members adhered to the same practices for timekeeping and time-entry with respect to work on the Motion as described in my original declaration.

11. In order to determine the Fees on Fees amount, I worked with the MTO team and MTO's Billing Department to analyze the time and fee entries in this matter from contemporaneous records in the bills that have been, or will be, sent to OpenAI.

12. Our team excluded from the analysis time spent meeting and conferring with xAI regarding the Motion and the briefing schedule for the Motion, as well as time incurred by other members of the MTO team who did not play a leading role in preparing the Motion. Based on these exclusions, I believe that we have taken a conservative approach in calculating the Fees on Fees amount.

13. After implementing these exclusions, I identified the following hours and fees incurred by MTO team members in connection with the Motion, totaling 147.9 hours and $175,212.40 in fees.

| Attorney | Hours | Hourly Rate | Amount Sought |
|---|---|---|---|
| Carolyn H. Luedtke | 26.2 | $1,573 | $41,212.60 |
| Samuel H. Allen | 33.1 | $1,178 | $38,991.80 |
| Joseph N. Glynn | 81.9 | $1,118 | $91,564.20 |
| Amanda Hudson | 6.7 | $514 | $3,443.80 |
| TOTAL | 147.9 | | $175,212.40 |

14. In my opinion, the number of hours spent by MTO team members as set forth above is reasonable in light of the complexity of the Motion.

15. As mentioned in my original declaration, I attempted to meet and confer with counsel for xAI prior to filing the Motion in an effort to avoid the cost of briefing the attorney's fees requested. After the meet and confer, xAI declined to engage in any negotiations over any payment of attorney's fees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 20, 2026, at Princeton, New Jersey.

By: *s/ Carolyn Hoecker Luedtke*
CAROLYN HOECKER LUEDTKE