**KING & SPALDING LLP**

LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
MATTHEW REILLY (*pro hac vice*)
mreilly@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

MARK ZAMBARDA (State Bar No. 314808)
mzambarda@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for Plaintiffs SpaceXAI Corp. and SpaceXAI LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

SPACEXAI CORP. AND SPACEXAI LLC,

Plaintiffs,

v.

OPENAI, INC., OPENAI GLOBAL, LLC, and OPENAI OPCO, LLC,

Defendants.

**Case No. 3:25-cv-08133-RFL**

**PLAINTIFF SPACEXAI LLC'S SUPPLEMENTED CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned, counsel of record for Plaintiff SpaceXAI LLC ("Plaintiff"), certifies that the following listed persons (1) have a financial interest in the subject matter in controversy or in a party to the proceedings; or (2) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Other than the parties to this action, X Corp., X Holdings Corp., SpaceXAI Holdings LLC, and Space Exploration Technologies Corp.

Dated: October 26, 2026

Respectfully submitted,

*/s LeElle B. Slifer*

LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
MATTHEW REILLY (*pro hac vice*)
mreilly@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

MARK ZAMBARDA (SBN# 314808)
mzambarda@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300